IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER, | ) |
| Plaintiff, | ) Cause No.: 18-CV-00002-BMM |
| vs. | ) |
| BIG SKY RESORT, | ) **ORDER** |
| Defendant. | ) |

For good cause shown, Defendant Big Sky Resort's Unopposed Motion to Vacate Preliminary Pretrial Conference (Doc. 20) is GRANTED.

The Preliminary Pretrial Conference set for August 16, 2018 is VACATED and will be rescheduled by further order of this Court.

DATED this 8th day of August, 2018.

Brian Morris
United States District Court Judge