**John Meyer**
Common Goals, Uncommon Approach (Part II)

November 17, 2017 at 12:30 PM



To: bozone-orgs@npogroups.org

---

December 2015 will mark two years since I was involved in a ski accident at Big Sky that put me in a coma for a few days with several broken ribs and plated bones.

During the spring of 2016 I went back to Big Sky and met the entire ski partrol and thanked them for saving my life.

During the spring of 2017 I was riding a chair lift at Big Sky with a patroller that was not a permanent employee. He said that the seasonal employees do not receive health care. That same day I rode a lift that was being heated by a bubble dome.

I had a cup of tea with the manager of Big Sky and asked him what it would take to get all seasonal employees health care. We did some napkin math and determined it would cost about 4 million dollars per year. We did some more math and determined that would increase the cost of a lift ticket by $10. The manager said he needed to think about it and would get back to me. When I heard back he said they were not going to purchase health care for their seasonal employees.

So Big Sky can invest over $100 million dollars on heated lifts but it cannot afford to pay $4 million/year for health care for its employees?

It isn't right that Big Sky is putting profit over people. But what can a person do?

A law professor once told me when you are given lemons you have to make lemonade. The day of my accident I was skiing fast--no question about it. But if there had been a fence or markers in front of the cat track I hit, I never would have been skiing that fast.

So what do people think about me filing a lawsuit against Big Sky and putting all money from a settlement or court award towards health insurance for the employees? Of course I might lose the case, but I'd only be out some time. I already owe that to the ski patrollers.

--



John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.

Like what we're doing? Click here to donate.

000063