From: **Middleton,Taylor** tmiddleton@bigskyresort.com
Subject: RE: Accident Report
Date: December 6, 2017 at 8:51 AM
To: John Meyer John@cottonwoodlaw.org



yes

**From:** John Meyer [mailto:John@cottonwoodlaw.org]
**Sent:** Tuesday, November 21, 2017 9:17 AM
**To:** Middleton,Taylor <tmiddleton@bigskyresort.com>
**Subject:** Re: Accident Report

I look forward to seeing you then.

Happy Thanksgiving.

On Mon, Nov 20, 2017 at 2:40 PM Middleton,Taylor <tmiddleton@bigskyresort.com>
wrote:

> John,
>
> I can meet you at the new Compass Café in Town Center at 10 A. M. on Thursday, Dec 7.  Let
> me know.
>
> Taylor
>
> **From:** greendefense@gmail.com [mailto:greendefense@gmail.com] **On Behalf Of** John Meyer
> **Sent:** Friday, November 17, 2017 3:12 PM
> **To:** Middleton,Taylor <tmiddleton@bigskyresort.com>; Ian McIntosh
> <imcintosh@crowleyfleck.com>
> **Subject:** Re: Accident Report
>
> Hi Taylor,
>
> I hope this finds you well.
>
> Are you and Ian around for tea the week of December 5-8th?
>
> I'd like to discuss my accident and opportunities to avoid litigation.
>
> I was also hoping to discuss discharging treated waste water into the Gallatin River.
>
> Thank you for your continued commitment to protecting our water.
>
> Have a great weekend,
>
> On Tue, Jan 10, 2017 at 6:35 PM, John Meyer <John@cottonwoodlaw.org> wrote:
>> Taylor,

I met with a Senator before you and I met and he said don't give the other side your game plan.

I sincerely hope you do the right thing. Other people have said that you are a good person and I got that impression when we met.

I will hold off on submitting an Op-Ed for publication for a few days.

Thank you for your attention to this matter.


On Tue, Jan 10, 2017 at 5:15 PM Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:

> John,
>
> When we met you didn't express any concerns relating to your accident.  It would help me to understand why you are willing to file a suit.
>
> Thank you.
>
> Taylor
>
> From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
> Sent: Tuesday, January 10, 2017 5:03 PM
> To: Middleton,Taylor; Ian McIntosh
> Subject: Re: Accident Report
>
> Taylor,
>
> Thank you for the ski tickets.
>
> I am prepared to make the programs in your team public during President's Day weekend at the entrance to Big Sky. As a former grassroots organizer, I have already started contacting people.
>
> I am also willing to file a lawsuit against Big Sky for my accident.
>
> All of this can be avoided if Big Sky provides health care and retirement benefits to its employees and contractors as we previously discussed.
>
> If you'd like to sit down with Kirchner or other owners please let me know.
>
> Best regards,
>
>
> On Tue, Jan 10, 2017 at 4:56 PM, Middleton,Taylor

<tmiddleton@bigskyresort.com> wrote:
John

Congratulations on your bid for the US House of Representatives.  I was happy to  see the article.

Programs we have with our team are considered internal.  I appreciated our thoughtful conversation and take your points to heart.

Hope you got the ski tickets and enjoy a few days back on in-bounds terrain this winter.

Taylor



From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
Sent: Sunday, January 08, 2017 12:06 AM
To: Middleton,Taylor
Subject: Re: Accident Report

Taylor:

Happy New Year. I hope this is your best one yet.

I wanted to circle back with you regarding the health care and retirement. Do you have any sense of whether this is something Big Sky is interested in?

I recently announced my bid for the U.S. House of Representatives' seat that Ryan Zinke is vacating and it would be great if we could make a joint announcement.

I also heard through the Grapevine that Boyne recently locked horns with the YC over sales tax.  If you have time, I'd like to grab some coffee and hear more about it.

Enjoy the rest of your weekend,



On Tue, Dec 20, 2016 at 5:11 PM, John Meyer <John@cottonwoodlaw.org> wrote:
Taylor,

It was good to meet you today. Thank you for the fun conversation.

I wanted to recap: We talked about Boyne providing healthcare for all of its seasonal employees and contractors.

000080

We also talked about retirement. I do not believe that we talked numbers, but asking employees and contractors to work at least five seasons before providing them retirement benefits seems like a good incentive to keep people around. It probably goes without saying that folks that have been with Big Sky for more than five years would receive retroactive credit.

If that is something Big Sky/ Boyne can do, we should meet again and I can shake Ian's hand.

I understand we are all busy with the holidays. I would appreciate it if you could get back to me by the second week in January.

And thanks again for the complimentary lift tickets--I'll be sure to say hi to Steve.

Best regards,

On Fri, Dec 16, 2016 at 11:57 AM John Meyer <John@cottonwoodlaw.org> wrote:

Great. Look forward to it.

Have a good weekend Taylor.
On Thu, Dec 15, 2016 at 9:15 AM Middleton,Taylor
<tmiddleton@bigskyresort.com> wrote:

Zoccalo it is.  1045 AM this Tuesday.  Thanks Taylor

From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
Sent: Wednesday, December 14, 2016 9:56 PM
To: Middleton,Taylor
Cc: Ian McIntosh
Subject: Re: Accident Report

Sure thing.

How about the Nova or Zoccalo?

On Mon, Dec 12, 2016 at 5:21 PM, Middleton,Taylor
<tmiddleton@bigskyresort.com> wrote:
John,

Can we push it back to 1045 AM.  Anywhere near downtown will work for me.  Just let me know where.

Taylor

From: John Meyer [mailto:John@cottonwoodlaw.org]
Sent: Monday, December 12, 2016 3:41 PM

To: Ian McIntosh
Cc: Middleton,Taylor
Subject: Re: Accident Report

Thanks Ian.

Taylor, perhaps we can still meet and not talk about the accident? I believe you
may know my fiancé Amanda Eggert at Outlaw Partners?

On Mon, Dec 12, 2016 at 2:47 PM Ian McIntosh
<imcintosh@crowleyfleck.com> wrote:

> I believe I have a deposition in SLC next Tuesday, 12/20, but I'm out of the
> office and need to double check.
>
>
> Ian McIntosh
> (406)522-4521
> imcintosh@crowleyfleck.com
>
>
> NOTICE: THIS ELECTRONIC MAIL TRANSMISSION MAY
> CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION THAT IS
> PRIVILEGED AT LAW. IT IS NOT INTENDED FOR TRANSMISSION
> TO, OR RECEIPT BY, ANY UNAUTHORIZED PERSONS. IF YOU HAVE
> RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR,
> PLEASE DELETE IT FROM YOUR SYSTEM WITHOUT COPYING IT,
> AND NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING
> CROWLEY FLECK PLLP AT 406-252-3441, SO THAT OUR ADDRESS
> RECORD CAN BE CORRECTED.
>
> This email has been scanned for email related threats and delivered safely by
> Mimecast. For more information please visit http://www.mimecast.com
>
> On Dec 12, 2016, at 2:11 PM, John Meyer <John@cottonwoodlaw.org>
> wrote:
>
>> Hi Taylor,
>>
>> Next Tuesday in Bozeman works for me. Ian, can you join?
>>
>>
>> On Mon, Dec 12, 2016 at 2:06 PM, Middleton,Taylor
>> <tmiddleton@bigskyresort.com> wrote:
>> I am available in Big Sky Tuesday or Friday at 10 AM, Next Tuesday in
>> Bozeman at 10 AM.

From: greendefense@gmail.com [mailto:greendefense@gmail.com] On
Behalf Of John Meyer
Sent: Friday, December 09, 2016 3:16 PM
To: Ian McIntosh; Middleton,Taylor
Subject: Re: Accident Report

Hi Ian,

I received the report. Thank you.

Are you two available for tea next week?

Taylor, can you tell me whether the employees at Big Sky have
health insurance and retirement benefits?

Thank you,

On Thu, Dec 8, 2016 at 8:35 AM, John Meyer
<John@cottonwoodlaw.org> wrote:
Hi Ian,

Email is fine.

Thank you,

On Thu, Dec 8, 2016 at 8:16 AM Ian McIntosh
<imcintosh@crowleyfleck.com> wrote:

> John:
>
> Thanks for your email.  I am preparing a copy of the accident
> investigation for you and will have it to you today or tomorrow at
> the latest.  Please let me know if you would like us to provide you
> with paper, a disk, or whether we can simply email the documents
> to you.  Thanks.
>
> Ian McIntosh
> Crowley Fleck PLLP
> 1915 S. 19th Ave
> Bozeman, MT 59718
>
> Direct Line: (406)522-4521
> imcintosh@crowleyfleck.com
>
>
> NOTICE: THIS ELECTRONIC MAIL TRANSMISSION

000083

NOTICE: THIS ELECTRONIC MAIL TRANSMISSION MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION THAT IS PRIVILEGED AT LAW. IT IS NOT INTENDED FOR TRANSMISSION TO, OR RECEIPT BY, ANY UNAUTHORIZED PERSONS. IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM WITHOUT COPYING IT, AND NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING CROWLEY FLECK PLLP AT 406-252-3441, SO THAT OUR ADDRESS RECORD CAN BE CORRECTED.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

**From:** greendefense@gmail.com
[mailto:greendefense@gmail.com] **On Behalf Of** John Meyer
**Sent:** Wednesday, December 07, 2016 10:50 PM
**To:** Middleton,Taylor <tmiddleton@bigskyresort.com>
**Cc:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Subject:** Re: Accident Report

Hi Ian,

May I please get a copy of the accident and all associated documents?

Thank you.

On Mon, Dec 5, 2016 at 12:55 PM, Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:

> Hi John,
>
> I'm sorry that you were injured while skiing at Big Sky.   We'll help you understand the scenario as best we can.  As a matter of protocol, all request of this nature are handled by Ian McIntosh who I have copied in this message.
>
> Please let me know if I can be of further assistance.
>
> Taylor
>
> From: greendefense@gmail.com
> [mailto:greendefense@gmail.com] On Behalf Of John Meyer
> Sent: Friday, December 02, 2016 8:05 PM
> To: Middleton,Taylor

000084

Subject: Accident Report

Hi Taylor,

My name is John Meyer. I do not think we have met before.

I am trying to track down the accident report that was prepared last year after I was injured in a ski accident at Big Sky (December 11, 2015).

I'd like all documents associated with the report/investigation.

Thank you,

--

**Error! Filename not specified.**

John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.

www.cottonwoodlaw.org

--

**Error! Filename not specified.**

John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

The information contained herein is privileged and