Meeting between Taylor Middleton and John Meyer

Date: December 12, 2016

Location: Zocalo Coffee (Bozeman, MT)

Description of conversation:

Meyer and Middleton never discussed the ski accident that led to this lawsuit. Meyer and Middleton made small talk—Meyer asked Middleton if he had ever met Yvon Chouinard. Middleton said yes and said that Chouinard and Patagonia always position themselves as outsiders. The small talk ended. Meyer asked Middleton what it would cost to provide health care for seasonal employees. The two did some verbal math and determined it would cost about $4 million/year, or $10 more per lift ticket. Meyer asked Middleton if Big Sky would do it. Middleton told Meyer that he was a "big thinker." Middleton said he would get back to Meyer.

Date: December 7, 2017

Location: Compass Cafe (Big Sky, Montana)

Description of conversation:

Meyer and Middleton discussed Native Americans technology such as arrowheads and buffalo jump.. Middleton talked about the benefits of technology, Meyer noted that rifles and horses led to the demise of tribal culture. Meyer noted the that Big Sky has the technology to provide for heated ski lifts, but does not provide its employees with health insurance.

Meyer asked Middleton if Big Sky would provide health care for its employees.  Middleton asked how Meyer why health care. Meyer said that $50 million is approximately the amount of damages he would seek. Meyer asked Middleton if he ever feels like he would like to but can't take care of members of his Tribe. Middleton said yes.

 Middleton asked Meyer what happened. Meyer told Middleton outside of the café that the area where he was skiing was not marked and if the drop off had been marked he would not have gotten into the accident.