**John Meyer** 
November 17, 2017 at 2:55 PM
Re: Common Goals, Uncommon Approach (Part II)
To: bozone-orgs@npogroups.org

One important addition: The ski patroller I rode the lift up with said he wouldn't mind if I filed suit to get them health care.

On Fri, Nov 17, 2017 at 12:30 PM, John Meyer <John@cottonwoodlaw.org> wrote:

> December 2015 will mark two years since I was involved in a ski accident at Big Sky that put me in a coma for a few days with several broken ribs and plated bones.
> During the spring of 2016 I went back to Big Sky and met the entire ski partrol and thanked them for saving my life.
> See More
> The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.
> Like what we're doing? Click here to donate.
>
> --