**John Meyer**
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)

To: Ashley Nettles

November 17, 2017 at 2:34 PM

Ashley,

Thank you for the email—I really appreciate the feedback.

I hope it doesn't come down to having to file a lawsuit to get health care for the the people that save other people's lives.

I know that the patrols on other mountains have unionized to secure benefits. Do you think the patrollers at Big Sky are interested? I know that some of them live hand to mouth and can't afford to take off a week to strike. I believe I can secure enough money to pay all patrollers for a week's worth of work.

Thoughts?

Thanks,

000062