**John Meyer** 📎             December 15, 2017 at 9:02 AM 

Big Sky Lawsuit       Case 2:18-cv-00002-BMM    Document 30-8    Filed 08/15/18    Page 1 of 1       Details

To: John Meyer,    Bcc: Kristin Cooper,    To: Gavin Cooper,    Cc: Aaron Rains,    Alex Bergeron,    Alex Stroud,    Amanda Cox    & 96 more

Good morning Big Sky Ski Patrol,

I hope this finds you well.

I wanted to say thank you again for saving my life a few winters ago.

I'm headed to the court house to file the attached lawsuit against Big Sky resort over my ski accident.

Any money that is recovered from the lawsuit will be used to purchase health care for seasonals at Big Sky and get the ski patrol a pay raise.

Please do not respond to this email. I cannot talk to any of you about the lawsuit after it is filed.

I am helping organize a health care rally tomorrow morning at the Big Sky Town Center. It starts at 9:30. There is a Sky Line that leaves at 8:25 and arrives at 9:15.

It'd be great if any seasonals (ski patrol or not) could join and potentially talk to the media about not receiving health care from Big Sky.

Thank you again. Please do not respond about the lawsuit.

See you tomorrow.

--



John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

Like what we're doing? Click here to donate.



Big Sky

000077