## Details

Big Sky Resort needs to rethink its values. Something is seriously wrong when a luxury ski resort is more interested in investing money on heated ski lifts than investing in its own employees. The resort is planning to spend over $150 million dollars in the next ten years to upgrade its infrastructure, but yet at the same time does not provide affordable health care to its seasonal employees. Every day during ski season, many of these workers put their own livelihoods and health at risk for the benefit of Big Sky Resort profits.

Big Sky saw a record number of skiers last year and this year will be another banner year for the resort. Furthermore, a normally priced single lift ticket costs over $100 per day! As such, the resort is hard-pressed to claim it cannot afford health care for its employees. Where is Big Sky Resorts' empathy for the ones who break their backs to ensure the resorts bottom line stays black and not red??

At a time when most politicians are apprehensive of talking about universal health care coverage, it's time Big Sky resort makes the morally principled and financially responsible decision to provide universal health care to all of their employees. This will only save the resort money by keeping people healthier and those in Big Sky who say this goal is unachievable are selling Big Sky resort employees short.

With that said…

Our Revolution Bozeman and the Gallatin Progressive Action Network(GPAN) are co-hosting a healthcare rally this Saturday December 16th from 9:30 am-11am, at the Town Center in Big Sky Meadow Village. YOU the constituent are cordially invited to come take a stand for not only Big Sky employees, but for everyone struggling to survive without adequate and affordable healthcare. See you all this Saturday!

See Less ▲