# Former Congressional Candidate Plans $50 Million Dollar Lawsuit Against Big Sky Resort

December 15, 2017 2:05 pm   Nathan Kosted   2 Min Read



**9**
SHARES

9          0          0          0          0

Bozeman attorney and congressional candidate in the 2017 special election John Meyer has filed a lawsuit for $50 million dollars today

BIG SKY 176

alleging Big Sky Resort was negligent and is responsible for a ski accident in December 2015 that left him hospitalized for a month and in a coma for days. Meyer is seeking $50 million dollars in physical and psychological damages. He says that all money awarded by the court will be used to set up a trust and purchase healthcare for seasonal employees of Big Sky.

The lawsuit claims that the Big Sky ski patrol found Meyer and another skier in an area that was closed but not marked as closed in December 2015. The complaint states that Meyer left the closed area, skied down a steep slope and then hit an unmarked cat track that launched him into the air. When the ski patrol found Meyer, his left ear was discharging cerebral spinal fluid. He was life-flighted to the Billings hospital and spent days in an induced coma. He broke several ribs and had bones plated.

Meyer is the Executive Director of the Bozeman-based nonprofit Cottonwood Environmental Law Center.

A $60 Million lawsuit was filed in Utah in 2016 against Deer Valley Ski Resort after a skier suffered a traumatic brain injury.

Meyer says that he met with the manager of Big Sky on two occasions to discuss health care. "I am still willing to drop this lawsuit if Big

BIG SKY 177

Sky purchases health care for all of its seasonal employees and gives it ski patrollers a raise."

In addition to filing the lawsuit, Meyer is helping to lead a health care rally at the town center of Big Sky on Saturday morning. "If Big Sky can afford to invest $150 million in heated ski lifts, it can afford to provide its seasonal employees with health care." The healthcare rally is set to begin at 9:30 am on Saturday December 16th at the Big Sky Town Center.

If you appreciate our efforts to hold Montana Republicans accountable and the independent journalism here at The Montana Post, please consider supporting our work with a small pledge.

BIG SKY 178