

**John Meyer** — December 15, 2017

Just filed a lawsuit against Big Sky for $50 Million. Any court award goes to providing healthcare for seasonals and a pay raise for the ski patrol.

👍❤️😮 83 — 9 Comments

Like · Comment · Share

**Brandon Hardin** fantastic
Like · Reply · 31w

**Phil Knight** Damn good John, you do walk the talk!
Like · Reply · 31w

**Nick Dreher** Awesome work John. You rock, rock.
Like · Reply · 31w

**Zack Ford** Good man!
Like · Reply · 31w

**Jena Nash Reno** Well done John. I am sure the Kerchners and Boyne Mtn. Corp will bring the onslaught. I will volunteer to help in anyway I can.
Like · Reply · 31w · Edited

**Jena Nash Reno** PS Listen closely John. Immigration and Naturalization Services might have some interesting intel that could be records requested.
Like · Reply · 31w · Edited

**Pat Clayton** can we sue the Yellowstone Club, Moonlight Basin, and Spanish Peak to? Something like the greater Yellowstone ecosystem vs. all these sick fuks?
Like · Reply · 31w



**Liz Ann Kudrna** Right on!
Like · Reply · 31w



**Stacey Tompkins** You are amazing
Like · Reply · 31w