
**John Meyer** shared a post.
December 15, 2017


**Andy Boyd** ▶ **Gallatin Progressive Action Network (GPAN)**
December 15, 2017

Hear ye! Hear ye!

Something is seriously wrong when a luxury ski resort is more interested in investing money on heated ski lifts than investing in its own employees. Big Sky Resort is planning to spend over $150 million dollars in the next ten years to upgrade its infrastructure, yet at the same time does not provide access to affordable health care or affordable housing for its employees. The affordable housing the resort does provide is substandard; you would never see company executives living in anything close to these conditions.
Big Sky saw another record number of skiers last year and this year will be yet another banner year for the resort. A normally priced single lift ticket costs over $120 per day! As such, the resort is hard-pressed to claim it cannot provide affordable health care or access to clean and affordable housing. Every day ski patrollers, lift operators, restaurant workers and hotel workers risk their own livelihoods and health to maximize profits for Big Sky Resort. Where is Big Sky Resorts' empathy for the ones who literally break their backs to ensure the resorts bottom line stays black and not red?
We are at a time unfortunately when most politicians and corporate CEO's are apprehensive of talking about universal health care coverage or affordable housing. It's time Big Sky Resort takes the morally principled and financially responsible decision to provide affordable housing and healthcare to ALL of their employees. Those in Big Sky who say this goal is unachievable are in fact selling the Big Sky Resort employees short. With that said….
GPAN challenges Big Sky Resort to rethink their values and to invest in the assets that really matter, their local employees, not in ski lifts to keep out of state tourists' buns warm.

👍 4

👍 Like        💬 Comment        ➤ Share

Write a comment...