

**John Meyer**
June 26

Meanwhile, in discovery land...

Office Update  To keep up-to-date with security updates, fixes, and improvements, ch...   Check for Update

**REQUEST FOR ADMISSION NO. 1:** Please admit that Big Sky Resort does not provide health care for its seasonal employees.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 2:** Please admit that Big Sky Resort is in the process of investing over $100 Million to upgrade its infrastructure, including heated ski lifts.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 3:** Please admit that Mr. Meyer can use any proceeds from any court award or settlement in this case to purchase health insurance for seasonal employees of Big Sky Resort.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 4:** Please admit that the ski patrol notified Mr. Meyer that the area where he was skiing was closed the day of the incident.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 5:** Please admit that the ski patrol notified Mr. Meyer that the area that was closed was not marked as closed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 6:** Please admit that Plaintiff's lawsuit has a basis in fact or law.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 7:** Please admit that Plaintiff sent a copy of an email from a person he believes to be a volunteer ski patroller at Big Sky Resort to Defendant's attorney and asked the counter lawsuit be dropped.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 8:** Please admit that Defendant has refused to drop the counter lawsuit.

**Answer:**

**REQUEST FOR ADMISSION NO. 9:** Please admit that Defendant's counter lawsuit has no basis in fact or law.

**Answer:**



Nathan Shaggy Gawor What's the backstory on this?
Like · Reply · 5w

John Meyer
Like · Reply · 5w

Nathan Shaggy Gawor Ahhh gotcha! Thanks!
Like · Reply · 5w

Sam Weaver Awww yeah!
Like · Reply · 5w

Jena Nash Reno Seriously? Deposition time.
Like · Reply · 5w