

**John Meyer**
July 26 at 7:56 AM

This is a good read. I've started going to a couple's counselor, but I've been talking with my partner about the need to see a psychologist one-on-one. I can't afford health insurance (medical bills, student loans, rent, etc.). Ironically I filed a lawsuit against Big Sky Resort over my ski accident and they filed a counter lawsuit because I said I'm going to take all of the money from a court award or settlement to purchase health care for the employees of the Resort. The resort is investing $150 million on heated ski lifts, but doesn't have the money to pay for health care for their seasonal ski patrollers that save people's lives...

Why would I take a court award or settlement and purchase health care for others when I can't afford it myself? I am a firm believer in the idea that if you take care of your community you will be taken care of.



MOUNTAINJOURNAL.ORG
**When Nature And The Solace Of Open Spaces Aren't Enough**
In Bozeman, some philanthropists are helping others improve their mental...

👍❤️ 12                                                              1 Comment

👍 Like          💬 Comment          ➢ Share