| | |
|---|---|
| From: | John Meyer |
| To: | Ian McIntosh |
| Cc: | Dave Whisenand |
| Subject: | Re: Meyer v. Big Sky (2:18-cv-00002-BMM) |
| Date: | Friday, March 16, 2018 5:40:23 PM |
| Attachments: | 118031619402000651.jpg |



Hi Ian,

I wanted to make sure you received the summons, complaint, and waiver of service form.

I also wanted to reach out to you about some media I am planning around this lawsuit. I am looking into renting a bill board on 191 on the way to Big Sky that says: "Heated chair lifts but no health care for seasonal employees? That's B.S.!"

I am not aware of any ethical rules that preclude me from doing that but I wanted to flag it for your attention in case you saw something I didn't.

Also, I have a current medical malpractice claim against the Billings Clinic, who is being represented by Dave Whisenand of Crowley/Fleck (cc'd here). I wanted to be sure there are no conflicts of interest.

Thank you,


John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.

Like what we're doing? Click here to donate.