**John Meyer** 
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To: Ashley Nettles

November 17, 2017 at 2:34 PM

Ashley,

Thank you for the email—I really appreciate the feedback.

I hope it doesn't come down to having to file a lawsuit to get health care for the the people that save other people's lives.

I know that the patrols on other mountains have unionized to secure benefits. Do you think the patrollers at Big Sky are interested? I know that some of them live hand to mouth and can't afford to take off a week to strike. I believe I can secure enough money to pay all patrollers for a week's worth of work.

Thoughts?

Thanks,

000091

Exhibit 1

**Ashley Nettles** <span style="float:right">November 17, 2017 at 3:16 PM</span> 
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To:   John Meyer

Eh, good question. Like I said, I'm just a volunteer and I certainly can't speak for the paid staff. Who are paid abysmally, I'll agree.

That said, I don't think striking is a money issue. It's a moral one. "Do no harm" is the mantra. If a bunch of cab drivers strike it certainly clogs up the system, but no one dies. A bunch of patrollers strike, people can die. I don't think any patroller is comfortable taking that risk.

Most people choose ski patrol because it's great experience on their way to medical school, they enjoy the lifestyle, the season pass, they make their money in other ways, or are just passionate about helping others. Often all of the above. So while yes, most would agree health care and pay improvement is needed, very few will agree to risk other lives to improve their own.

Ashley

Sent from my iPhone

See More

---

**John Meyer** <span style="float:right">November 17, 2017 at 2:55 PM</span> 
Re: Common Goals, Uncommon Approach (Part II)
To:   bozone-orgs@npogroups.org

One important addition: The ski patroller I rode the lift up with said he wouldn't mind if I filed suit to get them health care.

On Fri, Nov 17, 2017 at 12:30 PM, John Meyer <John@cottonwoodlaw.org> wrote:

> December 2015 will mark two years since I was involved in a ski accident at Big Sky that put me in a coma for a few days with several broken ribs and plated bones.
> During the spring of 2016 I went back to Big Sky and met the entire ski partrol and thanked them for saving my life.
> See More
> The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.
> Like what we're doing? Click here to donate.

000092

--

**Ashley Nettles**  November 17, 2017 at 4:10 PM
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To: John Meyer

True! And they would be incredibly liable if they allowed public on terrain that hasn't had avalanche control done. So no patrol, no open.

But I suppose my point is that the type of people that are attracted to the job are also the type of people difficult to motivate to strike for something of that sort. Hey, I could be wrong- but I find the majority do not do this for the pay or healthcare or any sort of benefit, but altruistic reasons. No one will disagree that the benefit and pay situation could be better, but I'm not sure anyone would be motivated by it enough to strike.

It's occurring to me that maybe the glass half full person isn't the best one for this discussion . Go find a poor, crabby, hungry and motivated 25 year old. They might be a better brainstormer and strike organizer than I .

Sent from my iPhone

See More from John Meyer

---

Found in Sent - Greendefense@gmail.com Mailbox

**John Meyer**  November 17, 2017 at 3:36 PM
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To: Ashley Nettles

The lifts don't run if no patrollers are working because the Resort is not willing to risk people lives. I don't think you understand how much power the patrollers have...

**John Meyer**  November 17, 2017 at 4:32 PM 
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To: Ashley Nettles

Big Sky knows that the type of people that are attracted to the job do not do it for pay or healthcare. They are taking advantage of that fact and hoping you are too lazy to do anything about it.

[Telluride did something about it](#).

The glass half full person says Big Sky can do something similar. The glass half empty says it will never happen.

Instead of seeing what is, see what can be. - Unknown

000094

**Ashley Nettles** 

November 17, 2017 at 6:08 PM

Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)

**To:** John Meyer



Ah don't mistake me- I don't think sitting idly by is a solution or the path for the glass half full.

I just wonder if there is somewhere between tea with Taylor Middleton and lawsuits and strikes that could have unintended consequences for the patrol. Or maybe it's a matter of settling for the lesser evil. I'd like to think there's still a place in this world for the middle of the road people. Maybe I'm trying to live in a world that doesn't exist anymore. I don't know. But I appreciate your passion.

Ashley
Sent from my iPhone

000095

**John Meyer**  November 17, 2017 at 6:26 PM 
Re: [bozone-orgs] Common Goals, Uncommon Approach (Part II)
To: Ashley Nettles

Ashley,

I really enjoy your thoughtfulness--thank you.

The place for middle of the road people is in the middle. I see my job as getting into the middle and moving it towards a more just and equitable world.

The patrollers in Europe get health care. The Patrollers at Telluride get health care. It only makes sense that the patrollers that save people's lives at Big Sky should get health care.

I agree there is always the law of unintended consequences. I won an Endangered Species Act lawsuit in Federal District Court, the Ninth Circuit, and U.S. Supreme Court. Now U.S. Senator Steve Daines is trying to eliminate the regulation I used to win the case. Fortunately, some of the bigger fish have stepped up to say no you don't.

Somebody needs to take care of the people who take care of people.

000096