Dear Eric,

Obviously, a letter of resignation is not in order. We are aware of where one another stands on my employment at Outlaw.

But there are a few things I wanted to say so that I, and Outlaw , can move on and move forward.

You were completely justified in questioning the decisions surrounding the editorial's team position on publishing that story. Everything you said about the communications process and communication breakdown was fair and merited. For someone who makes a living writing, interpersonal communication is not my strong suit. I will own that.

But I have never felt so professionally—or personally, for that matter—disrespected as I did yesterday afternoon. At some point one's self-respect demands that you walk away.

I still stand by the newsworthiness of that story. I don't think we'll ever agree on that, but that's a moot point now.

In regards to your characterization of me as John's pawn: that was perhaps the most hurtful thing I've heard in a very long time. When I got home, I took a long time to say anything at all to John and when I did, I asked about that line from Taylor's statement. We looked through his emails and found a very brief one from Dec. 2016 referencing a meeting he was trying to set up with Taylor.  He said, "I believe you know Amanda? She works at Outlaw." It was so long ago that he says he does not remember why he included that in his email –if it was small talk, if it was tactical, if there was some other motivation that remains a mystery now.

John's decision after his accident to chase down Big Sky Resort is not one I would have made. No one else I know would have responded in that way. But I have never, not for a single second, doubted that the entirety of any award or settlement he gets—if there is one—would go toward the people who saved his life.

People heal in interesting ways. Some become alcoholics. Some become workaholics. Some find God. Some just become angry. It's not what I would have chosen and I still struggle to understand it, but at the end of the day I think John is trying to heal in the way that feels right to him.

Tyler was absolutely correct: there is a lot of fluff in this paper that is coming out. Of all the papers I've worked on, I feel this one has the most filler. There are also some really incredible stories in there. But there was no way we could produce a 108-page

Exhibit 2

paper with an editorial staff of 2.5 to 3.5 without including a lot of content that is not our own, and not our strongest. In the last year, our page counts have gone up, our local coverage has gone up, and our staffing has gone down as Tyler becomes more fully committed to MO.

I have never enjoyed watching the office empty on Wednesday evenings while Sarah, Tyler, Carie and I stayed, grinding away on a 14- or 15-hour day in what would become a 60-hour week. But we did it because we care about the paper and we care about the quality of Outlaw's publications.

There are many things we could have done to get out of the office at 5 p.m. every-other-Wednesday and continue making high page counts. We could have published every single press release we received. We could have ran less news and more columnists. We could have ran sloppy, poorly-sourced stories that required no reporting. We could have printed papers with far more ads than content.

But we avoided those things because we care and believe that Big Sky deserves a meaningful news source. And ultimately I urge you to keep that in mind as the Lone Peak Lookout moves into Big Sky. If EBS is going to maintain its robust presence in Big Sky, I believe it must preserve its relevancy and commitment to news. Unless you want to compromise the paper's quality, I urge you to dedicate more resources to the paper—both editorial and design—or cut page counts. You've amassed an incredible team. Don't take them for granted.

And finally, now that everything else is said, I want to say thank you for the opportunity to work at Outlaw. In many ways, this has been the most challenging job I've ever had, but I appreciate everything I've learned along the way. Hopefully we've both become better people for knowing one another, even if that might be difficult to see right now. Thank you.

Merry Christmas,

Amanda