Ian McIntosh
Kelsey Bunkers
Mac Morris
CROWLEY FLECK PLLP
1915 South 19th Avenue
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Facsimile: (406) 556-1433

*Attorneys for Big Sky Resort*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | |
| | ) | Cause No.: 18-CV-00002-BMM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF TAYLOR** |
| | ) | **MIDDLETON** |
| BIG SKY RESORT; DYNAFIT NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STATE OF MONTANA | ) | |
| | :ss | |
| COUNTY OF GALLATIN | ) | |

Taylor Middleton, being first duly sworn upon oath, deposes and says:

1. I am over eighteen years of age, am a resident of Big Sky, Montana, and all of the following is based on my personal knowledge.

Exhibit 3

2.     I am the General Manager of Big Sky Resort.

3.     I assist in the preparation of discovery responses in legal matters involving Big Sky Resort, including in the above-captioned case.

4.     The month of September is considered the shoulder season for Big Sky Resort and many Big Sky Resort employees take vacation during this time.

5.     I was out of town on vacation from September 14 to September 21 and generally unavailable to respond to matters relating to discovery in the above-captioned case.

6.     Upon returning from vacation, I worked with counsel to complete supplemental discovery responses to Plaintiff John Meyer's First Discovery Requests.

DATED this 26 day of September, 2018.

By _____
Taylor Middleton

Subscribed and sworn to before me this 26 day of September, 2018 by Taylor Middleton.

_____
Notary Public for the State of Montana
Printed Name: LeeAnn Theard
Residing at: Big Sky
My commission expires: 2/14/21

[Notary Seal: LEEANN M THEARD, Notary Public for the State of Montana, Residing at: Big Sky, Montana, My Commission Expires: February 14, 2021]

*Affidavit of Taylor Middleton - 2*