**From:** Eric Ladd [mailto:eric@theoutlawpartners.com]
**Sent:** Monday, December 25, 2017 3:43 PM
**To:** Middleton,Taylor <tmiddleton@bigskyresort.com>
**Subject:** Re: Quick call or meeting

Taylor - thank you and sorry we did not connect. Holidays got the best of my schedule.

We can connect after the new year.

In summary, I wanted to call and apologize for my team reaching out regarding the John Meyer situation, this was a mistake on my editors behalf. Amanda (editor) no longer works for Outlaw and at this time we do not deem John's suit news worthy, if this changes I will let you know.

Have a Happy Holidays and congrats on all the snow!

Eric

> On Dec 22, 2017, at 1:29 PM, Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:
>
> Hi Eric
>
> Hope you are well. I'd enjoy catching up. I can call you about 215 today or we can talk or meet Saturday or Monday. Let me know what is best for you.
>
> Thank you. Taylor
>
> On Dec 21, 2017, at 4:32 PM, Eric Ladd <eric@theoutlawpartners.com> wrote:
>
>> Hello Taylor, congrats on the opening
>>
>> I wanted to have a quick call or meeting with you regarding this lawsuit and John Meyer.
>>
>> No story here or questions here, just wanted to update you on behalf on my company.
>>
>> Thank you.
>>
>> Eric Ladd

Exhibit 6

BIG SKY 150

406-570-0639
eric@theoutlawpartners.com
www.outlaw.partners

---

The information transmitted is the property of Boyne Resorts and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Statements and opinions expressed in this e-mail may not represent those of the company. Any review, retransmission and other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender immediately and delete the material from any computer.

Boyne Resorts
http://www.boyneresorts.com

Eric Ladd
406-570-0639
eric@theoutlawpartners.com
www.outlaw.partners

BIG SKY 151