John Meyer, MT Bar #11206
P.O. Box 412
Bozeman, MT 59771
Ph: (406) 546-0149
John@cottonwoodlaw.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER, | ) |
| Plaintiff, | ) Case No. 2:18-CV-0002-BMM |
| vs. | ) EXHIBIT 1 |
| BIG SKY RESORT; | ) |
| Defendant. | ) |

## Middleton, Taylor

**From:** Middleton, Taylor
**Sent:** Wednesday, December 20, 2017 1:00 PM
**To:** Moy, Chelsi
**Subject:** meyer final

We are sorry that Mr. Meyer was injured while skiing and are proud that our teams provided him expert care for which he later "thanked them for saving my life." Montana law states "a skier has the duty to ski at all times in a manner that avoids injury to the skier and others and to be aware of the inherent dangers and risks of skiing", and that a "skier shall accept all legal responsibility" for injury caused by such risks. Meyer has told others "the day of my accident I was skiing fast-no question about it." I have met with Meyer, himself a lawyer, and both times sincerely asked him to explain details of how we are responsible for his accident, to which he presents no specifics. His written messages to me reference his intent of "submitting Op-Ed for publication," creating disruptive events "during President's Day weekend at the entrance to Big Sky," and organizing a "rally tomorrow at 9:30 A.M. at the Town Center." He has also written me that his fiancé works for a local newspaper. Meyer's strategy seems to be intimidating us into paying him to go away. These activities only make skiing less fun and more expensive for everyone.

1

BIG SKY 179

**From:** Mesuda, Stacie <stacie.mesuda@bigskyresort.com>
**Sent:** Friday, August 24, 2018 3:35 PM
**To:** Lone Peak Lookout Editor
**Subject:** RE: Intro: new PR contact at Big Sky

Hi David,

Please call me at your earliest convenience. Thank you!

**STACIE MESUDA**
Manager, Public Relations | Big Sky Resort
50 Big Sky Resort Road | PO Box 160001 | Big Sky, MT 59716
O: 406-995-5765 | C: 845-264-1276
stacie.mesuda@bigskyresort.com

*The Biggest Skiing in America® | Basecamp to Yellowstone | Best Mountain Meetings*

LIVE BIG



**From:** Lone Peak Lookout Editor <editor@lonepeaklookout.com>
**Sent:** Friday, August 24, 2018 10:33 AM
**To:** Mesuda, Stacie <stacie.mesuda@bigskyresort.com>; imcintosh@crowleyfleck.com
**Subject:** Re: Intro: new PR contact at Big Sky

Hello Stacie and Ian,

As Ian and I discussed, here's a set of questions matching up to what I'm reporting for the Aug. 30 edition. Please suggest other content I might consider. I'm also really curious if Stacie has seen anything like this Meyer case in her work in Colorado.

1. Any comment from ski patrol? Seems John Meyer and an unnamed volunteer ski patroller are the only sources involved in this discussion on the record in court documents. What are patrollers saying about access to health insurance and whether or not a lawsuit is the path to coverage?

2. What's the industry standard for providing health insurance to ski resort employees, including patrollers? What was the situation at Beaver Creek?

3. How many lawsuits per year does Big Sky deal with? Any comment about trends in personal injury suits on Montana's slopes and across the ski industry? Getting better, worse?

4. Can you please point me to Ex. 13 at 8 (Response to RFP 23.)? Just need a little help translating this shorthand so I can find it in Pacer.

5. The healthcare rally that's mentioned, not the one in Bozeman, the one said to be held at Town Center in Big Sky. Did that ever happen? If so, when? Any more info on that?

How does Big Sky see it's dealings with Meyer playing out? What's the helpful takeaway Big Sky hopes might come out of this?

trying to wrap up my reporting on Monday.

ks for your assistance.

1

BIG SKY 180

David

(406) 548-7628

On Thu, Aug 23, 2018 at 10:30 AM, Mesuda, Stacie <stacie.mesuda@bigskyresort.com> wrote:

> David & Jolene,
>
> How are you?! I wanted to officially introduce myself as the new PR Manager at Big Sky Resort. I'm hoping to get a happy hour together in the next week or so to introduce myself in person – so stay tuned!
>
> In the meantime, please don't hesitate to reach out to me any time. My contact info is in my signature. Would be great to take some turns this winter as well!
>
> Talk soon,
>
> Stacie
>
> **STACIE MESUDA**
>
> Manager, Public Relations | Big Sky Resort
>
> 50 Big Sky Resort Road | PO Box 160001 | Big Sky, MT 59716
>
> O: 406-995-5672 | C: 845-264-1276
>
> stacie.mesuda@bigskyresort.com
>
> The Biggest Skiing in America® | Basecamp to Yellowstone | Best Mountain Meetings
>
> LIVE BIG
>
> 

BIG SKY 182

(406) 548-7628

On Thu, Aug 23, 2018 at 12:44 PM, Mesuda, Stacie <stacie.mesuda@bigskyresort.com> wrote:

Thanks, David! Keep me posted.

**STACIE MESUDA**

Manager, Public Relations | Big Sky Resort

50 Big Sky Resort Road | PO Box 160001 | Big Sky, MT 59716

O: 406-995-5672 | C: 845-264-1276

stacie.mesuda@bigskyresort.com

The Biggest Skiing in America® | Basecamp to Yellowstone | Best Mountain Meetings

LIVE BIG



From: Lone Peak Lookout Editor <editor@lonepeaklookout.com>
Sent: Thursday, August 23, 2018 12:38 PM
To: Mesuda, Stacie <stacie.mesuda@bigskyresort.com>
Cc: reporter@lonepeaklookout.com
Subject: Re: Intro: new PR contact at Big Sky

Hi Stacie,

Welcome! I am working on a story I'd like to follow up with you about. Standby. I'll be in touch tomorrow.

Thanks for reaching out.