# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>            Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT; DYNAFIT<br>NORTH AMERICA,<br><br>            Defendants. | CV 18-02-BU-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on Plaintiff's Motion to Compel Discovery on January 17, 2019. For the reasons stated in open court,

IT IS ORDERED:

1. The portion of Plaintiff's Motion to Compel relating to Plaintiff's Interrogatory No.1 (Doc. 41-1) is DENIED. Defendant Big Sky Resort's response to Interrogatory No. 1 was adequate.

2. The portion of Plaintiff's Motion to Compel relating to Plaintiff's Request for Production No. 9 (Doc. 41-2) is DENIED, subject to the condition that Defendant Big Sky Resort will supplement its response to Request for Production No. 9 in the manner described in open court.

3. Each party shall bear his of its own attorney's fees and costs with respect to Plaintiff's Motion to Compel Discovery.

DATED this 22nd day of January, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge