

**John Meyer**
December 6, 2018

Friends: I don't like asking for help but I can use some about now.

I went into a coma for a week after a ski accident in December 2015 and found out the Big Sky Ski Resort didn't have safety signs to mark the terrain. I filed a lawsuit in 2017 and said all the money will go towards purchasing healthcare for the seasonal employees. Big Sky responded by filing a counter lawsuit against me using the largest law firm in Montana. The army of corporate lawyers, paralegals, secretaries, and assistants lost their motion to dismiss my case and now we're headed to trial.

The judge suggested I retain a law firm. If you know of a big law firm in New York, Chicago, D.C., Denver, etc. that is willing to go to trial to get healthcare for approximately 1,000 people please let me know.

Please share. Thank you.



👍❤️😮 27                                             6 Comments  8 Shares

👍 Like            💬 Comment            ➡️ Share



**Jena Nash** Reno Berg???
Like · Reply · 10w



**Tena ThreeIrons** Gods law firm! No one can beat him! 🙏🙏🙏 we shall keep u in our prayers!! Geez at least you're trying to help them by getting them health insurance! Makes no sense but ya call on that law firm n He shall see u thru!
Like · Reply · 10w                                                              👍❤️ 2



**Adam Talley** So because you didn't follow the first rule of the skier's code (stay in control) you're going to sue? Skiing is an inherently hazardous activity. You expect the area to mitigate every tree, rock, and ice chunk you might encounter? It's an exciting and risky world out there, at least until a bunch of whiners who won't take accountability manage to get a bunch of lawyers to turn it into oppressed joyless nanny state. Maybe you should just stay on the sofa and play video games. Leave the mean ol' world to those of us who can accept responsibility for what we choose to do. And by the way, this is my 20th year as a member of the National Ski Patrol. So while your playing those videos, try not strain your thumb.... wouldn't want you suing Nintendo.....

Like · Reply · 10w · Edited    3

⌃ Hide 74 Replies

**John Meyer** Why do Resorts have safety signs?
Like · Reply · 10w    2

**Adam Talley** Ask them. We try to mark man-made hazards when we find them. We cannot mark every natural hazard. Safety signs are no substitute for your awareness and common sense.
Like · Reply · 10w · Edited

**John Meyer** They can't mark hazards if they don't have signs.
Like · Reply · 10w    2

**Adam Talley** Who said they are obligated to mark anything?
Like · Reply · 10w

**John Meyer** I rest my case.    4
Like · Reply · 10w

**Adam Talley** If you cannot handle the terrain and conditions, then don't ski it. I'll give you a courtesy ride. I do it all the time. You chose to ski conditions you weren't prepared for apparently.
Like · Reply · 10w

**Adam Talley** Signs..... like the one on the coffee cup warning that the contents are hot.... yes, you must be a lawyer too....
Like · Reply · 10w

**John Meyer** Adam Talley Please share my post with as many people as you can.
Like · Reply · 10w    3



**Jessica Karjala** Adam Talley whoa. I believe John asked for references.
Like · Reply · 10w  👍 2

**Phil Knight** Where do you patrol Adam?  👍 3
Like · Reply · 10w

**Jena Nash Reno** Phil Knight second best question in this thread. I so want to know which of Boyne Mtn resorts he patrols at.
Like · Reply · 10w  👍 2

**Jena Nash Reno** And now Adam has nothing to say? National Ski Patrol here I come. I believe Mr. Talley has taken one to many motorcycle crash impacts to the head.
Like · Reply · 10w · Edited

**Jennifer Runnels** Adam the "ski patroller" has never been to Big Sky.
Like · Reply · 10w  👍 2

**Adam Talley** There we are Jena Nash Reno, now you are going to say I should be restricted from making comments in a public forum. I do not work at a Boyne Mtn property. I am aware of the toll these lawsuits take on the industry. In Europe people understand that skiing has inherent risk, and there is no mechanism to sue. Continue to think you champion liberty and freedom of choice, but you are an agent of legislated totalitarianism... "there ought to be a law..." Just what the world needs....
Like · Reply · 10w







