# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT; SALEWA USA LLC,<br><br>      Defendant. | **CV-18-02-BU-BMM**<br><br>**ORDER** |

Defendant Big Sky Resort ("Big Sky") has filed a motion for leave to file Notice of Supplemental Facts. (Doc. 75). Plaintiff Meyer opposes the motion. (Doc. 77).

The Court will hold the motion in abeyance until the parties have completed a settlement conference with Magistrate Judge Johnston. The parties previously have indicated an interest in having a settlement conference once Big Sky had the opportunity to depose Meyer. The parties shall request a settlement conference once they have completed Meyer's deposition.

1

The Court hereby **ORDERS** that neither party may file any further motions or related pleadings until the parties have completed a settlement conference with Magistrate Judge Johnston.

DATED this 12th day of March, 2019.

_____
Brian Morris
United States District Court Judge