IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

_____

JOHN MEYER,

    Plaintiff,

  vs.        Cause No. 18-CV-00002-BMM

BIG SKY RESORT; SALEWA USA, INC.,

    Defendants.

_____

DEPOSITION UPON ORAL EXAMINATION OF

AMANDA EGGERT

_____

BE IT REMEMBERED, that the deposition upon oral examination of AMANDA EGGERT, appearing at the instance of Defendants, was taken at the offices of Crowley Fleck, PLLP, 1915 South 19th Avenue, Bozeman, Montana 59718 on the 28th day of May 2019, beginning at the hour of 10:00 a.m. pursuant to the Federal Rules of Civil Procedure, before Marla Jeske, Court Reporter - Notary Public, CSR.

```
 1                        APPEARANCES
 2
            ATTORNEY APPEARING ON BEHALF OF THE
 3          PLAINTIFF, JOHN MEYER:
 4
                Ms. Nadine O. Nadow, Esq.
 5              nnadow@gmail.com
                (978) 501-7045
 6
 7          ATTORNEYS APPEARING ON BEHALF OF THE
            DEFENDANT, BIG SKY RESORT:
 8
                Mr. Ian McIntosh, Esq.
 9              Mr. Mac Morris, Esq.
                CROWLEY FLECK PLLP
10              1915 South 19th Avenue
                P.O. Box 10969
11              Bozeman, MT 59719-0969
                (406) 556-1430
12
13          ATTORNEY APPEARING ON BEHALF OF THE
            DEFENDANT, SALEWA USA, INC.:
14
15              Mr. Brad Condra, Esq.
                Milodragovich, Dale & Steinbrenner, P.C.
16              P.O. Box 4947
                Missoula, MT 59806-4947
17              (406) 728-1455
18
            ALSO PRESENT:
19
                Mike Unruh
20
21
22
23
24
25
```

1   Q. Well, do you claim that you couldn't see
2   the cat track as you were skiing down Highway on
3   December 11, 2015?
4   A. I definitely saw it. It was directly
5   below my position after I had located my ski and
6   stepped back into it.
7   Q. Was Mr. Meyer going off any jumps before
8   he wrecked on December 11, 2015?
9   A. No, not that I remember.
10   Q. Have you ever discussed Mr. Meyer's
11   allegation that this cat track should have been
12   marked with any expert?
13   A. I have not.
14   Q. Do you know if Mr. Meyer has?
15   A. I don't know if he has.
16   Q. Have you ever seen that cat track marked
17   when skiing at Big Sky?
18   A. Not to my recollection.
19   Q. And before this lawsuit was filed, did
20   you ever tell Big Sky that that cat track should be
21   marked?
22   A. No.
23   Q. Do you recall -- strike that.
24       How many people were around Mr. Meyer
25   when you skied down to him?

1       MR. CONDRA: Yeah, he's got to get it from
2   the court reporter. We can go off the record if
3   you want?
4       MR. McINTOSH: Yeah, we can go off the
5   record.
6
7           (Whereupon, the taking
8            of this deposition was
9            concluded at 3:16 p.m.)
10
11          SIGNATURE RESERVED
12
13          * * * * * * * *
14
15
16
17
18
19
20
21
22
23
24
25