Nadine Nadow
MT Bar # 58353967
601 Cheyenne St., #202
Golden, CO 80403
nnadow@gmail.com
(978) 501-7045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | |
| | ) | Case No. 2:18-CV-0002-BMM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BIG SKY RESORT; SALEWA NORTH AMERICA | ) | EXHIBIT 4 |
| | ) | |
| Defendants. | ) | |

**John Meyer** 
Re: Meyer v. Billings Clinic

December 11, 2018 at 4:19 PM
Details

To: Dave Whisenand,   Cc: Carson Evans,   Jasmine Miller

Dave,

I am asking to ensure that you did in fact ask the Billings Clinic whether it would join in litigation against UHC. If you did not ask and UHC adds the Billings Clinic as a Defendant then you have arguably committed malpractice.

At this point I cannot accept your offer. I am willing to settle the case for $100,000. That offer only pertains to the med-map claim and does not include a release of any claims against the Billings Clinic in regard to the billing that is in issue in the UHC case.

Thank you for considering,

| Carson Evans | | Important | March 1, 2019 at 11:55 AM | |
| Meyer v. Big Sky Resort | Case 2:18-cv-00002-BMM Document 95-4 Filed 07/29/19 Page 3 of 3 | | Details |  |

To: John Meyer, Cc: Mac Morris, Ian McIntosh, Jennifer Rockman

 New contact info found in this email: Carson Evans cevans@crowleyfleck.com    add… 

Hello,
Attached please find a letter from Ian McIntosh. A hard copy will follow by mail.
Thank you,

Carson Evans
Assistant to Nate Good, Dave Whisenand, & Mac Morris
Crowley Fleck PLLP
1915 South 19th Ave
Bozeman, MT  59718
406-522-4529
cevans@crowleyfleck.com

Notice: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Crowley Fleck PLLP, so that our address record can be corrected.

NOTICE: This electronic mail transmission may constitute an Attorney-Client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Crowley Fleck PLLP, 406-252-3441, so that our address record can be corrected.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit
http://www.mimecast.com



Letter to John Meyer…-19.pdf