John Meyer Call Minutes 9am-9:30am, 4.27.16

**John:** I have spent a month in the hospital and liked my life before the accident.
- Lost job that paid well (60-70k)
- Student Loans (brought up twice throughout the call)
- Medical Bills (brought up twice throughout the call)
- Partner is pregnant (brought up twice throughout the call)
- (Started crying)

**John:** I know you guys didn't want me to get hurt, but you are making defective products that pull out of bindings.
- He has a friend that was skiing with his toes locked out and broke his clavicle (3-4 weeks ago).

**SNA:** Will you please go over the details of the accident?
**John:** Not comfortable walking through the details at this time.
**SNA:** Why not? We want to understand the situation.
**John:** I have a few questions for you:
1) Are you concerned that I will file a law suit?
   a. SNA: Should I be concerned that you will file a law suit
2) Should I file a law suit?
   a. SNA: We would prefer you not.

**John:** Brings up Class-action Law Suit:
**John:** There are more people out there that have been injured on Dynafit bindings.
- Brings up friend from 3-4 weeks ago (broken clavical).

**John:** Has no doubt that others would sign up to be part of the lawsuit.
**SNA:** Have you contacted a lawyer? Do you have legal counsel?
**John:** No but I am a lawyer.
**SNA:** What type of lawyer are you?
**John:** Environmental law. I am looking for Dynafit to make me an offer I can't refuse.
**SNA:** Do you have something in mind?
**John:** I'll let you guys decide and wait for your response.
**SNA:** Do you have the ability to talk about the details?
**John:** Not comfortable going over the details. I will say that if we can come to a meeting of the minds on our next call I am willing to help make the products safer and make sure we are protected in the future.
**SNA:** What do you think caused the accident?
**John:** I was skiing, I crashed, I woke up in a comma.
**SNA:** Do you know what caused you to crash?
**John:** Was most likely the binding.
**SNA:** In what way?
**John:** If you think your bindings are fine then that's your opinion and that's fine.
**SNA:** Was there anyone with you during the accident?
**John:** Communication is going away from where were need it, I will not let you reduce the value of my life.
**John:** I hope our next call we can come to a middle ground.
**SNA:** We have your skis and bindings which we can test. For accurate and complete testing of the system, we really need the boots. Are you willing to send in your boots for testing?
**John:** What you are saying is that it is the boots not the binding's fault...Go fuck yourself.
**John:** No I will not provide my boots.



SALEWA - 001

**John:** I can't believe you will not replace my bindings. It would be awesome if you guys would give me new bindings?

**SNA:** Are you looking for new bindings, we are happy to replace.

**John:** Are you now saying that you will replace all warranty claims.

**SNA:** We are trying to understand what you are looking for. Bindings or Law Suit?

**John:** I am looking for Dynafit to do what they think is right.

**SNA:** We will consider the situation, test your skis and bindings, and be in contact with you on how to proceed.

SALEWA - 002