Nadine Nadow
MT Bar # 58353967
601 Cheyenne St., #202
Golden, CO 80403
nnadow@gmail.com
(978) 501-7045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | |
| | ) | |
| | ) | Case No. 2:18-CV-0002-BMM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BIG SKY RESORT, | ) | AFFIDAVIT OF AMANDA EGGERT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

STATE OF MONTANA        )

                                    :SS

COUNTY OF GALLATIN    )

Amanda Eggert, being duly sworn upon oath, deposes and says:

1.  I am over eighteen years of age, am a resident of Bozeman, Montana, and all of the following is based on my personal knowledge.

2.  I previously worked as a volunteer ski patroller at Red Lodge Mountain in Red Lodge, Montana.

3.  After being certified as a Professional Ski Instructor of America, I worked as a professional ski instructor at Snow Bowl in Missoula, Montana.

4.  I was skiing with John Meyer at Big Sky Resort on December 11, 2015.

5.  I did not see John's accident. I estimate I was approximately 40 yards uphill of John when I fell and lost my ski.

6.  John was ahead of me at the time of his accident because we were leap frogging down the trail. I was not trying to catch up with John. Since I didn't see him immediately before he fell, I'm not sure if he was skiing faster than me.

7.  While riding up the Challenger lift, I was not afforded a clear view of the transition from the ski run to the cat track where John crashed.

8.  I do not fall skiing very often. The reason I was able to see the significant

and abrupt transition from the ski run to the cat track where John fell is because I

had fallen uphill of the cat track and walked down the run to retrieve my ski.

9. As I stated during my deposition, I do not think John was skiing

negligently on the day of his ski accident.


Dated this 4th day of October, 2019.


By _____
Amanda Eggert


Subscribed and sworn to before me this 4th day of October, 2019.

_____
Notary Public for the State of Montana

JOSEPH SCHEHR
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
(SEAL) April 30, 2022.