P. Brad Condra, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Fax No: (406) 549-7077
EMAIL:  bcondra@bigskylawyers.com
    *Attorneys for Defendant Salewa USA LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | CV 18-02-BU-BMM |
| | ) | |
| vs. | ) | |
| | ) | JOINT STIPULATION TO |
| BIG SKY RESORT; SALEWA | ) | DISMISS DEFENDANT |
| USA LLC, | ) | SALEWA USA LLC |
| | ) | WITH PREJUDICE |
| Defendants. | ) | |

    IT IS HEREBY STIPULATED, by and between Plaintiff John Meyer and Defendant Salewa USA LLC, through their respective counsel of record, that Defendant Salewa USA, LLC shall be dismissed with prejudice from this action. Counsel request the Court to enter an Order dismissing this matter with prejudice with respect to Defendant Salewa USA LLC, with each party to pay their own fees and costs.

Dated this 30th day of October, 2019.

By: _____/s/ John Meyer_____
              John Meyer, *Plaintiff*


By: _____/s/ P. Brad Condra_____
              P. Brad Condra
              *Attorney for Defendant Salewa USA LLC*