IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| JOHN MEYER, | CV-18-02-BU-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| BIG SKY RESORT, | |
| Defendants. | |

For good cause appearing, the parties' Joint Motion for Leave to File Motions is hereby GRANTED. The parties may file pretrial motions in accordance with the deadlines set forth in the Amended Scheduling Order dated July 12, 2019 (Doc. 91) without first seeking leave to file any such motions.

DATED this 26th day of February, 2020.

Brian Morris
United States District Court Judge

1