Ian McIntosh
Mac Morris
CROWLEY FLECK PLLP
1915 South 19th Avenue
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Facsimile: (406) 556-1433

*Attorneys for Big Sky Resort*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | Cause No.: 18-CV-00002-BMM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **AFFIDAVIT OF TAYLOR MIDDLETON** |
| BIG SKY RESORT; DYNAFIT NORTH AMERICA, | ) ) ) | |
| Defendants. | ) ) ) | |

STATE OF MONTANA       )
                                            :ss
COUNTY OF GALLATIN *Madison*   )

Taylor Middleton, being first duly sworn upon oath, deposes and says:

1.      I am over eighteen years of age, am a resident of Big Sky, Montana,

and all of the following is based on my personal knowledge or records kept in the

ordinary course of business.  If called upon to do so, I am prepared to testify to the facts set forth herein under oath before this Court.

2.      I was the General Manager of Big Sky Resort from 2008 through 2015, and am now the Chief Operating Officer.

3.      From the 2007/2008 ski season through the 2014/2015 ski season, Big Sky Resort recorded approximately 3,024,000 skier visits.

DATED this _14_ day of March, 2020.

By _____
Taylor Middleton


Subscribed and sworn to before me this _14th_ day of March, 2020 by Taylor Middleton.

_____
Notary Public for the State of Montana
Printed Name: _Katy H. Bradford_
Residing at: _Big Sky, MT_
My commission expires: _May 28, 2023_

(Seal)

KATY H BRADFORD
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
May 28, 2023

*Affidavit of Taylor Middleton - 2*