We also talked about retirement. I do not believe that we talked numbers, but asking employees and contractors to work at least five seasons before providing them retirement benefits seems like a good incentive to keep people around. It probably goes without saying that folks that have been with Big Sky for more than five years would receive retroactive credit.

If that is something Big Sky/ Boyne can do, we should meet again and I can shake Ian's hand.

I understand we are all busy with the holidays. I would appreciate it if you could get back to me by the second week in January.

And thanks again for the complimentary lift tickets--I'll be sure to say hi to Steve.

Best regards,

On Fri, Dec 16, 2016 at 11:57 AM John Meyer <John@cottonwoodlaw.org> wrote:
> Great. Look forward to it.
>
> Have a good weekend Taylor.
> On Thu, Dec 15, 2016 at 9:15 AM Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:
>> Zoccalo it is.  1045 AM this Tuesday.  Thanks Taylor
>>
>> From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
>> Sent: Wednesday, December 14, 2016 9:56 PM
>> To: Middleton,Taylor
>> Cc: Ian McIntosh
>> Subject: Re: Accident Report
>>
>> Sure thing.
>>
>> How about the Nova or Zoccalo?
>>
>> On Mon, Dec 12, 2016 at 5:21 PM, Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:
>>> John,
>>>
>>> Can we push it back to 1045 AM.  Anywhere near downtown will work for me.  Just let me know where.
>>>
>>> Taylor
>>>
>>> From: John Meyer [mailto:John@cottonwoodlaw.org]
>>> Sent: Monday, December 12, 2016 3:41 PM

000081

To: Ian McIntosh
Cc: Middleton,Taylor
Subject: Re: Accident Report

Thanks Ian.

Taylor, perhaps we can still meet and not talk about the accident? I believe you may know my fiancé Amanda Eggert at Outlaw Partners?

On Mon, Dec 12, 2016 at 2:47 PM Ian McIntosh <imcintosh@crowleyfleck.com> wrote:

> I believe I have a deposition in SLC next Tuesday, 12/20, but I'm out of the office and need to double check.
>
> Ian McIntosh
> (406)522-4521
> imcintosh@crowleyfleck.com
>
> NOTICE: THIS ELECTRONIC MAIL TRANSMISSION MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION THAT IS PRIVILEGED AT LAW. IT IS NOT INTENDED FOR TRANSMISSION TO, OR RECEIPT BY, ANY UNAUTHORIZED PERSONS. IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM WITHOUT COPYING IT, AND NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING CROWLEY FLECK PLLP AT 406-252-3441, SO THAT OUR ADDRESS RECORD CAN BE CORRECTED.
>
> This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com
>
> On Dec 12, 2016, at 2:11 PM, John Meyer <John@cottonwoodlaw.org> wrote:
>
>> Hi Taylor,
>>
>> Next Tuesday in Bozeman works for me. Ian, can you join?
>>
>>
>> On Mon, Dec 12, 2016 at 2:06 PM, Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:
>> I am available in Big Sky Tuesday or Friday at 10 AM, Next Tuesday in Bozeman at 10 AM.

From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
Sent: Friday, December 09, 2016 3:16 PM
To: Ian McIntosh; Middleton,Taylor
Subject: Re: Accident Report

Hi Ian,

I received the report. Thank you.

Are you two available for tea next week?

Taylor, can you tell me whether the employees at Big Sky have health insurance and retirement benefits?

Thank you,

On Thu, Dec 8, 2016 at 8:35 AM, John Meyer <John@cottonwoodlaw.org> wrote:
Hi Ian,

Email is fine.

Thank you,

On Thu, Dec 8, 2016 at 8:16 AM Ian McIntosh <imcintosh@crowleyfleck.com> wrote:

> John:
>
> Thanks for your email.  I am preparing a copy of the accident investigation for you and will have it to you today or tomorrow at the latest.  Please let me know if you would like us to provide you with paper, a disk, or whether we can simply email the documents to you.  Thanks.
>
> Ian McIntosh
> Crowley Fleck PLLP
> 1915 S. 19th Ave
> Bozeman, MT 59718
>
> Direct Line: (406)522-4521
> imcintosh@crowleyfleck.com
>
> NOTICE: THIS ELECTRONIC MAIL TRANSMISSION

000083

NOTICE: THIS ELECTRONIC MAIL TRANSMISSION MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION THAT IS PRIVILEGED AT LAW. IT IS NOT INTENDED FOR TRANSMISSION TO, OR RECEIPT BY, ANY UNAUTHORIZED PERSONS. IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM WITHOUT COPYING IT, AND NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING CROWLEY FLECK PLLP AT 406-252-3441, SO THAT OUR ADDRESS RECORD CAN BE CORRECTED.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com
**From:** greendefense@gmail.com [mailto:greendefense@gmail.com] **On Behalf Of** John Meyer
**Sent:** Wednesday, December 07, 2016 10:50 PM
**To:** Middleton,Taylor <tmiddleton@bigskyresort.com>
**Cc:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Subject:** Re: Accident Report

Hi Ian,

May I please get a copy of the accident and all associated documents?

Thank you.

On Mon, Dec 5, 2016 at 12:55 PM, Middleton,Taylor <tmiddleton@bigskyresort.com> wrote:

> Hi John,
>
> I'm sorry that you were injured while skiing at Big Sky.   We'll help you understand the scenario as best we can.  As a matter of protocol, all request of this nature are handled by Ian McIntosh who I have copied in this message.
>
> Please let me know if I can be of further assistance.
>
> Taylor
>
>
> From: greendefense@gmail.com [mailto:greendefense@gmail.com] On Behalf Of John Meyer
> Sent: Friday, December 02, 2016 8:05 PM
> To: Middleton,Taylor

000084

> Subject: Accident Report
>
> Hi Taylor,
>
> My name is John Meyer. I do not think we have met before.
>
> I am trying to track down the accident report that was prepared last year after I was injured in a ski accident at Big Sky (December 11, 2015).
>
> I'd like all documents associated with the report/investigation.
>
> Thank you,
>
> --
>
> **Error! Filename not specified.**
>
> John Meyer
> Executive Director & General Counsel
> Cottonwood Environmental Law Center
> P.O. Box 412 Bozeman, MT 59771
> John@Cottonwoodlaw.org
> (406) 546-0149
>
> The information contained herein is privileged and confidential. If you are not the intended recipient, you must delete this email and inform the sender of the error.
>
> www.cottonwoodlaw.org

--

**Error! Filename not specified.**

John Meyer
Executive Director & General Counsel
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
John@Cottonwoodlaw.org
(406) 546-0149

The information contained herein is privileged and