Ian McIntosh
Mac Morris
CROWLEY FLECK PLLP
1915 South 19th Avenue
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Facsimile: (406) 556-1433

*Attorneys for Defendant Big Sky Resort*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT, SALEWA USA LLC<br><br>　　　　　Defendants. | Cause No. 18- CV-00002-BMM<br><br>**BIG SKY RESORT'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS** |

Defendant Big Sky Resort ("Big Sky") hereby provides its responses to "Plaintiff's Second Discovery Request to Big Sky Resort":

**REQUEST FOR PRODUCTION NO. 1 (sic 11):** Please produce all documents generated by ski patrol pertaining to the accident at issue in this case.

**RESPONSE**: All the documents generated by ski patrol regarding Meyer's ski wreck have been previously produced, on several occasions. See documents

**EXHIBIT 4**

variation in terrain between Highway and the cat track, the variation in terrain between the cat track and the ungroomed section of Lower Morning Star unofficially known as Bermuda Triangle, or on the cat track due Meyer's alleged ski binding failure.

**INTERROGATORY NO. 2 (sic 4):** Please provide the name of the ski run that Meyer was on at the time of the accident and the difficulty rating.

**ANSWER:** Big Sky does not yet know exactly where Meyer wrecked because Meyer has thus far refused to testify under oath. Big Sky does not know if Meyer claims that he wrecked when skiing the variation in terrain from Highway onto the cat track, or if Meyer claims he wrecked when skiing the variation in terrain from the cat track into the ungroomed section of Lower Morning Star unofficially known as Bermuda Triangle. Subject to these objections, Big Sky responds as follows:

The cat track between Highway and Lower Morning Star is called the Loop Road or Lower Morning Star Road, and it has a green circle difficulty rating. Highway has a black diamond difficulty rating. The ungroomed section of Lower Morning Star unofficially known as Bermuda Triangle is part of Lower Morning Star, which has a green circle difficulty rating.

**REQUEST FOR PRODUCTION NO. 5 (sic 15):** Please produce all documents related to previous ski falls and/or injuries in the last ten years that have

needs of this case. Big Sky objects that if Meyer is seeking records of emergency calls and emergency responses relating to accidents other than his own ski wreck, this discovery request is overly broad and unduly burdensome.

If Meyer is seeking documents relating to emergency calls and emergency responses related to his ski wreck, Big Sky has already produced all records of the emergency calls and emergency responses in its possession, custody, or control.

DATED this 28th day of March, 2019.

CROWLEY FLECK PLLP

By   /s/ *Ian McIntosh*
Ian McIntosh
Mac Morris
P.O. Box 10969
Bozeman, MT 59719-0969

Attorneys for Big Sky Resort

## VERIFICATION

With respect to the Interrogatories:

I, *Mike Unruh* being duly sworn, deposes and says that the deponent is an authorized agent of Big Sky Resort, and that the deponent verifies the foregoing for and on behalf of Big Sky Resort, and is duly authorized so to do; that the matters stated therein are not within the personal knowledge of the deponent; that the facts stated therein have been assembled by authorized employees and counsel of Big Sky Resort, and the deponent is informed that the facts stated therein are true.

By: _____

3·28·2019