| | |
|---|---|
| **From:** | Breean Walas <breean@walaslawfirm.com> |
| **Sent:** | Wednesday, February 12, 2020 3:49 PM |
| **To:** | Ian McIntosh |
| **Cc:** | Mac Morris |
| **Subject:** | RE: Meyer v Big Sky - Evi Dixon Subpoena Response |
| **Attachments:** | E. Dixon - Subpoena Response (2.12.20).pdf |

<span style="color:red">This message was received from an external email account. Please use caution when opening messages, attachments or external links from unknown senders.</span>

Ian

Attached are full size screenshots of the previously produced text messages and Facebook messages.

With respect to the photograph contained in one of the text messages, and the reference to "one of many," Ms. Dixon has advised that the photographs were taken by a friend who is not a current or former Big Sky employee. As such, and since those photographs were not included in any correspondence with Mr. Meyer or anyone acting on his behalf, they do not fall within the topics requested by the subpoena. In good faith, I did request that Ms. Dixon provide those pictures; however, she has advised that she deleted the photographs after she reviewed them. She also does not have the photo that was included in the email in Jpeg format. Therefore, Plaintiff cannot produce those photographs at this time.

Please let me know if you have any difficulty with the attached file.

*Breean Walas*
**Walas Law Firm**

---

**From:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Sent:** Friday, February 7, 2020 15:49
**To:** Breean Walas <breean@walaslawfirm.com>
**Cc:** Mac Morris <wmorris@crowleyfleck.com>
**Subject:** RE: Meyer v Big Sky - Evi Dixon Subpoena Response

Thank you.

**IAN MCINTOSH**
1915 South 19th Avenue
Bozeman, MT 59718
Main: 406.556.1430 | Fax: 406.556.1433
Direct: 406.522.4521



WITH OFFICES IN MONTANA, NORTH DAKOTA, AND WYOMING:
BILLINGS  BISMARCK  BOZEMAN  BUTTE  CASPER  CHEYENNE  HELENA  KALISPELL  MISSOULA  SHERIDAN  WILLISTON

**EXHIBIT 9**

NOTICE: This electronic mail transmission may constitute an Attorney-Client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Crowley Fleck PLLP, 406-252-3441, so that our address record can be corrected.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

**From:** Breean Walas <breean@walaslawfirm.com>
**Sent:** Friday, February 7, 2020 3:36 PM
**To:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Cc:** Mac Morris <wmorris@crowleyfleck.com>
**Subject:** RE: Meyer v Big Sky - Evi Dixon Subpoena Response

<span style="color:red">This message was received from an external email account. Please use caution when opening messages, attachments or external links from unknown senders.</span>

I will follow-up with Ms. Dixon on these matters.

*Breean Walas*
**Walas Law Firm**

**From:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Sent:** Friday, February 7, 2020 14:30
**To:** Breean Walas <breean@walaslawfirm.com>
**Cc:** Mac Morris <wmorris@crowleyfleck.com>
**Subject:** RE: Meyer v Big Sky - Evi Dixon Subpoena Response

Breean –

Thank you for providing these documents that should have been produced by Ms. Dixon previously.  On page 50 of the pdf you sent to us, Ms. Dixon sends a photo of the loop road to Mr. Meyer.  That photograph definitely should have been produced in response to the subpoena and we should have been given the opportunity to question Ms. Dixon about the photo.  Ms. Dixon also states that the photo is one of many.

Please produce all of the photographs as jpegs and please produce Ms. Dixon's correspondence with the person that provided the photographs to her.

We also need clearer pictures of the text messages between Ms. Dixon and Mr. Meyer.

Thank you and please let me know if you have any questions.

**IAN MCINTOSH**
1915 South 19th Avenue
Bozeman, MT 59718
Main: 406.556.1430 | Fax: 406.556.1433
Direct: 406.522.4521



WITH OFFICES IN MONTANA, NORTH DAKOTA, AND WYOMING:
BILLINGS  BISMARCK  BOZEMAN  BUTTE  CASPER  CHEYENNE  HELENA  KALISPELL  MISSOULA  SHERIDAN  WILLISTON

NOTICE: This electronic mail transmission may constitute an Attorney-Client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Crowley Fleck PLLP, 406-252-3441, so that our address record can be corrected.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

**From:** Breean Walas <breean@walaslawfirm.com>
**Sent:** Friday, February 7, 2020 1:33 PM
**To:** Ian McIntosh <imcintosh@crowleyfleck.com>
**Cc:** Mac Morris <wmorris@crowleyfleck.com>
**Subject:** Meyer v Big Sky - Evi Dixon Subpoena Response

This message was received from an external email account. Please use caution when opening messages, attachments or external links from unknown senders.

Ian

Attached please find documents in Ms. Dixon's possession that are responsive to your subpoena, which was also attached as Exhibit 70 to Ms. Dixon's deposition.  I have also included the correspondence between Ms. Dixon and myself regarding this matter, as well as a copy of Mr. Meyer's December 11 letter responding to the subpoena and Ms. Dixon's expert witness contract.

Regards,

*Breean Walas*
**Walas Law Firm**
PO Box 4591
Bozeman, MT 59772
Phone: (501) 246-1067
Fax:    (501) 421-9693
Email:  breean@walaslawfirm.com