IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>        Defendants. | Case No. 2:18-CV-0002-BMM<br><br>**ORDER** |

Before the Court is Plaintiff's Unopposed Motion to Seal (Doc. 164),

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

The Clerk is directed to seal Exhibit L (Doc. 163-12).

DATED this 13th day of April, 2020.

_____
Brian Morris, Chief District Judge
United State District Court