# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

|  |  |
|---|---|
| JOHN MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>    Defendant. | CV 18-2-BU-BMM<br><br><br>ORDER |

**IT IS HEREBY ORDERED** that the hearing scheduled for Wednesday, May 6, 2020 at 1:30 p.m. will be conducted by **VIDEO**. The undersigned will hear argument on **ALL PENDING MOTIONS**. The parties will contact the Clerk of Court to make arraignments to participate in the motion hearing by video.

DATED this 29th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1