IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>Defendant. | CR- 18-02-BU-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing S. Taylor Chaney, Esq., (Mr. Chaney) to appear *pro hac vice* in this case with Breean Walas, Esq. designated as local counsel. Mr. Chaney's application appears to be in compliance with L.R. 83.1(d).

IT IS HEREBY ORDERED that:

Defendant's motion to allow Mr. Chaney to appear on its behalf (Doc. 219) is GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Chaney;

2.  Mr. Chaney must do his own work. He must do his own writing, sign

his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Chaney.

IT IS FURTHER ORDERED that:

Mr. Chaney shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 22nd day of February, 2021.

_____
Brian Morris, Chief District Judge
United State District Court