Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

_____

JOHN MEYER,

    Plaintiff,

  vs.    Cause No. 18-CV-00002-BMM

BIG SKY RESORT, INC.

    Defendant.

_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
TOM McMAKIN

_____

  BE IT REMEMBERED, that the videotaped deposition upon oral examination of TOM McMAKIN, appearing at the instance of Defendant, was taken at the offices of Crowley Fleck, PLLP, 1915 South 19th Avenue, Bozeman, Montana 59718 on the 21st day of January 2020, beginning at the hour of 1:34 p.m. pursuant to the Federal Rules of Civil Procedure, before Marla Jeske, Court Reporter - Notary Public, CSR.

Page 2

APPEARANCES

ATTORNEY APPEARING ON BEHALF OF THE PLAINTIFF, JOHN MEYER:

  Ms. Breean Walas, Esq.
  Walas Law Firm
  P.O. Box 4591
  Bozeman, Montana 59772
  breean@walaslawfirm.com
  (501) 246-1067

ATTORNEYS APPEARING ON BEHALF OF THE DEFENDANT, BIG SKY RESORT:

  Mr. Ian McIntosh, Esq.
  Mr. Mac Morris, Esq.
  CROWLEY FLECK PLLP
  1915 South 19th Avenue
  P.O. Box 10969
  Bozeman, MT 59719-0969
  imcintosh@crowleyfleck.com
  wmorris@crowleyfleck.com
  (406) 556-1430

Page 3

I N D E X

EXAMINATION OF TOM McMAKIN BY    PAGE
  Mr. Ian McIntosh, Esq...................5, 35
  Ms. Breean Walas, Esq..................19, 38

E X H I B I T S   R E F E R R E D   T O:
Exhibit 19................................35, 38
Exhibit 24.........................8, 13-14, 19, 27
Exhibit 25..................9-10, 13-14, 19-20, 27
Exhibit 29..............................11, 13, 19

DEPOSITION EXHIBITS:
Exhibit 65   Colored Photograph..............20-21
Exhibit 66   Big Sky Ski Patrol
          Witness Statement
          dated 12/11/15.................22-23
Exhibit 67   Evi Dixon letter dated
          Sunday, December 13, 2015.......25-26

Exhibit 68   Colored Photograph..............36-37

Exhibit 69   Colored Photograph..............36-37

Page 4

    WHEREUPON, the following proceedings were had and testimony taken, to-wit:

    * * * * *

    VIDEO TECHNICIAN: This is the time and place set for the video deposition of Tom McMakin in the case of John Meyer, plaintiff, versus Big Sky Resort, defendant. It is Cause Number 18-CV-00002-BMM in the United States District Court for the District of Montana, Butte Division.

    This video deposition is being held at the offices of Crowley Fleck, located at 1915 19th Avenue in Bozeman, Montana.

    Today's date is January 21st, 2020. The time is 1:34 p.m.

    The court reporter is Marla Jeske with Bridger Court Reporting. I'm Mark Brown, the videographer.

    Will the attorneys please now identify themselves for the record.

    MS. WALAS: Breean Walas on behalf of the plaintiff.

    MR. McINTOSH: Ian McIntosh for the defendant, with Mac Morris.

Page 5

1  VIDEO TECHNICIAN: Will the witness now
2  please be sworn in.
3
4       * * * * *
5
6       TOM McMAKIN,
7  called as a witness herein, having been first duly
8  sworn, was examined and testified as follows:
9
10       EXAMINATION
11  BY MR. McINTOSH:
12      Q. Can you please state your name?
13      A. Full name is Thomas Wilson McMakin, Tom
14  McMakin.
15      Q. Mr. McMakin, where do you live?
16      A. 305 Evening Star Lane, Bozeman, Montana.
17      Q. And, Mr. McMakin, what do you do for
18  work?
19      A. I'm a CEO of a consulting firm called,
20  Profitable Ideas Exchange.
21      Q. What does Profitable Ideas Exchange do?
22      A. So we help large professional services
23  firms, like accounting firms and firms like Bain or
24  BCG or McKinsey, drive their business development
25  efforts.

Page 6

1      Q. Thank you.
2         And I understand that you were skiing at
3  the Big Sky Ski Resort on December 11, 2015; is
4  that correct?
5      A. Correct.
6      Q. And did you witness a ski wreck
7  involving a person that you later learned was
8  John Meyer?
9      A. I did.
10      Q. Okay. I want to talk to you in detail
11  about that ski wreck. But before we get into the
12  details about the wreck, I want to back up and just
13  talk about what you were doing there and why you
14  were there that day --
15      A. Sure.
16      Q. -- okay?
17         So let's start with that. Before we get
18  into any of the details, tell me what were you
19  doing at Big Sky on December 11, 2015?
20      A. So we had -- I think at the time we had
21  about 30 people in the company, PIE, Profitable
22  Ideas Exchange, and we had taken them and their
23  spouses or partners on a ski day.
24      Q. So you were skiing just with your
25  employees?

Page 7

1      A. Correct.
2      Q. And can you describe your ski abilities
3  at that time?
4      A. Yeah, so I've been skiing -- I'm 58.
5  I've probably been skiing since I was five years
6  old. But I'm not a double black diamond expert
7  skier. I look good on tough blue square groomers
8  and I can get down anything, so somewhere in that
9  netherworld between high intermediate and low
10  expert.
11      Q. Got it. And how about the people you
12  were skiing with, how did your abilities compare to
13  them?
14      A. You know, we broke up, because we
15  probably had 40 people there with partners, into
16  smaller groups and I was with a fast group. So, I
17  mean we were all comparable.
18      Q. Okay. And sometime after 10:00 a.m. in
19  the morning, were you skiing the Challenger
20  chairlift area?
21      A. Yes.
22      Q. And do you remember what you skied?
23  Shortly before you witnessed John Meyer's ski
24  wreck, do you remember what ski run you skied?
25      A. I don't. I don't have very good

Page 8

1  knowledge. My recollection is that we skied out of
2  Moon Light Basin, the tented area there and we were
3  kind of skiing over to the Big Sky. So the run in
4  question was kind of a -- kind of a northeastern
5  facing run, that's my recollection, moving toward
6  the Big Sky Resort, yeah.
7      Q. Okay. So you were moving towards the
8  Big Sky base area?
9      A. Yeah, exactly.
10      Q. Okay. I'm going to hand you what has
11  previously been marked in this case as Exhibit
12  Number 24.
13      A. Uh-huh.
14      Q. Do you recognize what is shown in
15  Exhibit 24?
16      A. Sure. So as I look at this, behind me
17  is a steep slope and this is a traversing road that
18  roughly goes from the south to the north and in
19  front of that is a kind of ungroomed area and the
20  wide slope in the sort of more distant perspective
21  goes down to the base area. And I know there's a
22  big -- I mean I knew afterwards because we went
23  down, there's a big ski patrol hut there.
24      Q. And is the ski run that is shown in
25  Exhibit 24, is that the run you skied shortly

Page 9

1  before you witnessed Mr. Meyer's ski wreck?
2      A.  Correct.  So as I'm looking at this,
3  directly behind me is the sort of steep slope and I
4  had come down that slope and rested on that
5  traversing road.  When I say "rested," I stopped
6  and I was waiting for the rest of our sort of
7  subset group to catch up with me.
8      Q.  Okay.  Let me show you another picture
9  taken just a little bit further downhill.  This is
10 a photograph that's been previously marked in this
11 case as Exhibit Number 25.
12     A.  Uh-huh.
13     Q.  And do you recognize what is shown in
14 Exhibit 25?
15     A.  Yeah.  So that's the traversing road.
16     Q.  The cat track that you see going from --
17     A.  Correct.
18     Q.  -- right to left of the --
19     A.  Yep.
20     Q.  -- photograph?
21         And do you agree that Exhibit 25 shows
22 the area that you skied shortly before you saw
23 Mr. Meyer's ski wreck?
24     A.  Correct.
25     Q.  And do I understand you to say from your

Page 10

1  earlier testimony that you skied down this -- down
2  this ski run and stopped on the cat track shown in
3  Exhibit 25?
4      A.  Correct.
5      Q.  Would you agree with me that you can see
6  the cat track in Exhibit 25?
7      A.  Correct, yes.
8      Q.  Would you agree with me that it's
9  obvious?
10     A.  Oh, yeah.  Yes.
11     Q.  And above that we see some trees and I
12 guess sort of stumps and things like that sticking
13 through the snow; is that right?
14     A.  I don't see stumps.  I see sort of low
15 trees, brush.
16     Q.  That's probably a better description,
17 thank you.  Thank you, Mr. Makin [sic] -- Mr.
18 McMakin.
19         And is that the type of thing that you
20 expect to see when you're skiing in early season
21 conditions?
22     A.  Yes.
23     Q.  And were you able to safely ski down the
24 run shown in Exhibit 25 onto the cat track?
25     A.  Yes.

Page 11

1      Q.  You were able to safely make the
2  transition from the cat track onto the run?
3      A.  Hum.
4      Q.  In other words, you didn't wreck when
5  you skied onto the cat track, did you?
6      A.  Yeah, I just think you had it in
7  reverse.  I was able to successfully go down the
8  ski run to the cat track.
9      Q.  And were you skiing in control?
10     A.  Absolutely.
11     Q.  And you then stopped on the cat track?
12     A.  Correct.
13     Q.  Okay.  I want to show you one more
14 photograph.  This is a photograph that was
15 previously marked in this case as Exhibit Number
16 29.
17         Now looking at all of those photographs
18 that you have in front of you, did you stop on the
19 cat track in approximately the area where the
20 person is shown in Exhibit 29?
21     A.  Yes.
22     Q.  And when you stopped there, did you then
23 look back uphill to see the other skiers that you
24 were with?
25     A.  Yes, I was waiting for the rest of the

Page 12

1  party to catch up.
2      Q.  Okay.  So you were skiing faster than
3  them or you got down to that area faster than they
4  did?
5      A.  Yeah.  I might have started first.
6      Q.  Okay.
7      A.  They might have been gaining on me, I
8  don't know.
9      Q.  And when you look back uphill, did you
10 see a person coming down that you eventually
11 learned was John Meyer?
12     A.  Yes.
13     Q.  And can you describe for me what you saw
14 when you saw Mr. Meyer skiing down the hill?
15     A.  You know what I told my wife, I said he
16 was -- there was a guy, he came around kind of the
17 high corner and he was bombing down the slope at
18 sort of like -- at a high speed.
19     Q.  Okay.  What do you mean "bombing down
20 the slope"?
21     A.  You know, when you ski -- you know, this
22 is sort of -- it's rough and it's hard to tell with
23 these pictures but it's -- you know, I have a
24 strong recollection that it was lightly moguled and
25 when you ski something like that, people like me

Page 13

1  tend to carve their way down through the moguls
2  and -- but when someone's bombing down, they're
3  taking the moguls all in their thighs, bumping
4  straight down with no curves at all.  So that's
5  what I mean by "bombing."
6      Q.  Okay.  And was Mr. Meyer skiing down the
7  run shown in Exhibits 24 and 25?
8      A.  Correct.
9      Q.  And did he ski down toward you when you
10 were standing on the cat track in the location of
11 the person shown in Exhibit 29?
12     A.  Correct.  He basically was following the
13 same path that I took to get to the cat track.
14     Q.  Okay.  And was he skiing faster than you
15 would expect someone who described themselves as an
16 intermediate skier to ski?
17     MS. WALAS:  Objection, foundation.
18     MR. McINTOSH:  Go ahead.
19     THE WITNESS:  I can go ahead?
20     MR. McINTOSH:  Yes.
21     THE WITNESS:  Absolutely faster than an
22 intermediate skier, sort of a -- I would have
23 characterized his skiing as the kind of skiing that
24 only someone that was a high expert would ski.
25 ///

Page 14

1  BY MR. McINTOSH:
2      Q.  And did Mr. Meyer --
3      A.  Very fast.
4      Q.  Excuse me, very fast?
5      A.  Yes.
6      Q.  So you would agree that Mr. Meyer was
7  skiing very fast?
8      A.  Very fast.
9      Q.  Faster than you skied the run?
10     A.  A lot faster than I skied the run, a lot
11 faster than anyone else skied the run that I saw.
12     Q.  And did Mr. Meyer slow down before he
13 reached the cat track that you were standing on?
14     A.  No.
15     Q.  And did Mr. Meyer -- well, did he safely
16 ski onto the cat track?
17     A.  He did.
18     Q.  Can you just describe for me what you
19 saw as Mr. Meyer transitioned from this run shown
20 in Exhibit 24 and 25 onto the cat track?
21     A.  So my impression in the split second
22 that this all transpired was that he was a high
23 expert skier.  He was sort of hotdogging down the
24 slope at a high rate of speed capitalizing on his
25 high ability to do that and that he was going to

Page 15

1  use the cat track as a jump.
2      Q.  And why do you say he was -- why do you
3  say you thought he was going to use the cat track
4  as a jump?
5      A.  Because he didn't slow down at all and
6  it was -- it was obvious that the cat track was in
7  front of him, but more obvious was that there was a
8  drop-off on the other side.
9      Q.  The downhill side of the cat track?
10     A.  Yeah, exactly, exactly.  Into an
11 unplowed area -- or not unplowed, ungroomed area or
12 unskied area.
13     Q.  Okay.  Was there anything that would
14 have prevented Mr. Meyer from slowing down or
15 stopping on the cat track where you stopped?
16     A.  If he had been going at a lower rate of
17 speed, nothing would have prevented him.  But at
18 that speed, I'm not sure he could have stopped at
19 the last minute if he wanted to.
20     Q.  Okay.  So what happened after Mr. Meyer
21 safely transitioned onto the cat track?
22     A.  He was launched into the air and flipped
23 around.
24     Q.  And did it look to you like he was
25 trying to jump off the downhill edge of the cat

Page 16

1  track?
2      A.  It did.
3      Q.  And then what happened?
4      A.  So he landed on his back in deep snow.
5  And the reason I feel like I thought he was trying
6  to jump is because I thought that he failed to do
7  what he wanted to do, which was to jump
8  successfully and flip.  And I remember saying -- it
9  was a little uncharacteristic for me but I was like
10 "Whoa, dude, that was awesome.  Are you all right?"
11 Because I thought he was trying to execute a really
12 hard thing to do, which was flip off the cat track.
13     Q.  And did you go to Mr. Meyer's aid and
14 help him?
15     A.  So I looked at him and I said that
16 and then -- and he didn't answer.  And so then I
17 kind of got off the cat track and started to
18 traverse the unskied area, the deeper snow and I
19 probably -- I didn't go very far, five feet or so,
20 and then I could see that he was on his back and
21 his arms were wide open and he was shaking and it
22 looked like something was coming out of his mouth.
23 And I was like, oh, my God, he's in deep trouble,
24 deep, deep trouble, and that's when I saw the log.
25 He basically flipped and landed on a log.  And I

Page 17

1  immediately thought well, he's broken his neck.
2  Shall I just continue?
3       And so I remember -- I mean I remember
4  this very clearly, there were some younger people.
5  I can't call them kids, right? I'm like anybody
6  younger -- I'm 58, so younger than I am, people,
7  sort of a mass on the cat track, maybe 12 people or
8  so. And this shows my age. I said, "Someone ski
9  down and get ski patrol."
10      And then some kid said "Or, dude, we
11 could just call them on the cell phone."
12      And I was like, "Right. You're right.
13 That is what you could do. That would be better."
14     Q. So someone called ski patrol?
15     A. I assume. Ski patrol was there very
16 quickly.
17     Q. Very quickly?
18     A. Very quickly.
19     Q. And when Mr. Meyer tried to -- or based
20 on what you thought he was trying to do, tried to
21 jump off that downhill edge of the cat track, how
22 far away were you?
23     A. That's a good question. Probably 10
24 feet.
25     Q. And based on what you saw and what you

Page 18

1  observed from 10 feet away, what did you conclude
2  was the cause of Mr. Meyer's ski wreck?
3     A. His failure to execute the jump off
4  of this track or -- you know, I felt like
5  there's -- there was a change. So you had this
6  sort of skied area, so that's one kind of
7  topography, and then you have the track, so you hit
8  the track, but it's quite -- it's quite packed
9  down. It has a kind of accelerating kind of
10 function that it plays and then on the other side
11 of it it got rough again. And I thought he hit
12 that roughness on the far side of the track and
13 that that flipped him over. But it's conjecture on
14 my part. But that's what it felt like.
15      Anyway, if you ski, you know that a
16 change in the quality of the snow from fast and
17 slick to rough and unskied and icy and choppy can
18 trip you up.
19     Q. And did you believe Mr. Meyer's speed he
20 was skiing at contributed to his ski wreck?
21     A. Absolutely.
22     Q. Mr. McMakin, I believe that's all the
23 questions I have. If we could just go off the
24 record for a few minutes while I check my notes.
25     A. You bet.

Page 19

1     Q. Thank you.
2     A. Yeah.
3        VIDEO TECHNICIAN: We're now off the record.
4  The time is 1:50.
5        (Whereupon, a brief
6         recess was taken.)
7        VIDEO TECHNICIAN: We're now back on the
8  record. The time is 1:51.
9        MR. McINTOSH: Mr. McMakin, thank you for
10 your time. Thank you for coming in today. I have
11 no further questions at this time.
12       THE WITNESS: Thanks.
13            EXAMINATION
14 BY MS. WALAS:
15    Q. All right. Mr. McMakin, I want to
16 follow up on a couple of things that you were asked
17 about and then also some other further questions I
18 might have.
19       You were asked about Exhibit 24.
20    A. Which one is that?
21    Q. Which would be the one that has this
22 little guy over here in the corner.
23    A. Oh, this guy. I got it.
24    Q. Yep. And 25, which would be the one
25 that you have three guys?

Page 20

1     A. Yep.
2     Q. Okay. Where were you standing on the
3  cat track in relation to Mr. Meyer's wreck?
4     A. You know, to be honest, I don't recall
5  but roughly where those three people are.
6     Q. Okay. And that's on Exhibit 25?
7     A. Yeah.
8     Q. Okay. And where did Mr. Meyer wreck?
9     A. In the snow field above in the picture
10 of the three people.
11    Q. Above the picture of the three people?
12    A. Yeah.
13    Q. So if you were -- I'm going to go ahead
14 and give you this blue pen.
15    A. Uh-huh.
16    Q. And if you'll go ahead and mark that,
17 I'm going to make this Depo Exhibit 1.
18       MR. McINTOSH: No.
19       MS. WALAS: Do you guys roll over?
20       MR. McINTOSH: Yep.
21       MS. WALAS: Okay. What number are we on?
22       MR. McINTOSH: 65.
23       MS. WALAS: 65, okay. So this will be
24 Exhibit 65.
25 ///

Page 21

1      (Whereupon, Deposition
2          Exhibit Number 65 was
3          marked for identification.)
4      THE WITNESS: So roughly there.
5  BY MS. WALAS:
6      Q. Roughly there?
7      A. Yeah.
8      Q. Okay. And if you don't mind, will you
9  circle that just to make it clear?
10     A. Uh-huh.
11     Q. Perfect.
12         And then using that same picture, can
13 you recall where you were?
14     A. You know, I'm saying roughly here. I
15 was to the -- so I know I was to the left. So if
16 it happened over here, that wouldn't surprise me.
17     Q. Okay.
18     A. But I was roughly to the left of
19 something that happened down here. But I don't
20 really recall.
21     Q. Okay. And when you were coming down the
22 hill, did you see the rocks that Mr. Meyer hit?
23     MR. McINTOSH: Objection, assumes facts not
24 in evidence. Counsel's testifying.
25     MS. WALAS: You can go ahead and answer.

Page 22

1      MR. McINTOSH: You can answer.
2      THE WITNESS: I don't know. So I mean I know
3  that I saw -- I know that I saw the ungroomed area
4  that he crashed in that had early season stuff in
5  it, trees and bushes and rocks and whatnot. But
6  the rocks that he hit, I don't know. I don't know
7  that I -- it registered on my consciousness. I
8  mean I know that I was looking at it when I went
9  down the slope and stopped.
10 BY MS. WALAS:
11     Q. And do you recall giving statements to
12 Big Sky?
13     A. Yes, I do.
14     Q. Okay. And do you recall in that
15 statement what you told them?
16     A. I do not specifically, no.
17     Q. Would it be helpful to see these?
18     A. Yeah, that would be super. Yeah. I
19 mean they asked questions not -- so dissimilar to
20 what you all are asking right now, mainly what
21 happened.
22     MS. WALAS: I apologize, I did not bring
23 copies. This will be 66. Go ahead and mark this
24 as Exhibit 66.
25     ///

Page 23

1      (Whereupon, Deposition
2          Exhibit Number 66 was
3          marked for identification.)
4      MS. WALAS: We can go off the record real
5  quick.
6      VIDEO TECHNICIAN: We're now off the record.
7  The time is 1:55.
8          (Whereupon, an off-
9          the-record-discussion
10         then took place.)
11     VIDEO TECHNICIAN: We're back on the record.
12 The time is 1:56.
13 BY MS. WALAS:
14     Q. So I've given you what is Exhibit 66 and
15 is that your witness statement?
16     A. Yes.
17     Q. Now is there anything in this witness
18 statement that you would change or add to?
19     A. So let's read it aloud because I'm not
20 sure I can read it. "Tom was standing" -- what's
21 the next word there?
22     Q. I believe it's "below."
23     A. "Below the patient to his right.
24 Patient came down from" -- so that first sentence,
25 "Tom was standing below the patient to his right."

Page 24

1  So directions are a funny thing. So I was on the
2  cat. So first of all, "his" -- it's unclear
3  whether "his" refers to patient or me. But I'll
4  tell you what I know, which is that I was standing
5  on the cat track and I was -- I was stopped, my
6  skis were together, I was facing more toward the
7  south than to the right of the cat track. I was
8  facing that direction. And my head was turned
9  uphill to my right and the skier came down the
10 slope to my right. I'm not sure if that first
11 sentence says that or not, but that's what
12 happened.
13         So the second sentence says "Patient
14 came down from highway." So I don't know what
15 highway refers to. Is that the cat track? Because
16 he came down from the slope above the cat track and
17 hit rocks as he was about to jump off of Morning
18 Star Road, Loop Road. "Both skis ejected and he
19 rotated head first and landed on a log with the
20 back of his head and neck. He was unconscious the
21 entire time but was breathing. He did not move,
22 eyes did not open. Breathing through nose only."
23 Does that sound like what it says?
24     Q. I mean I think you've read it back
25 accurately.

Page 25

1     Is there anything in there that you
2  disagree with?
3         MR. McINTOSH: Objection, vague.
4         MS. WALAS: I'll restate it.
5  BY MS. WALAS:
6     Q.  Do you recall this being an accurate
7  representation of what you told the Big Sky ski
8  patrol that day?
9     A.  Yes.
10    Q.  And do you recall calling Big Sky back a
11 couple days later to give a follow-up statement?
12    A.  Yes.  Did I?  I don't recall that, no.
13    Q.  Okay.
14    A.  No, I called back later and asked if the
15 patient was okay.
16    Q.  Okay.
17    A.  Because it flipped me out.  I thought
18 the guy was dead.  I really did.  Because they
19 choppered him off to Billings and a couple -- and I
20 didn't see anything in the newspaper.  And so a
21 couple days later I called back and I said, "What
22 happened to that guy?"
23        (Whereupon, Deposition
24         Exhibit Number 67 was
25         marked for identification.)

Page 26

1  BY MS. WALAS:
2     Q.  Okay.  I have what I've marked as
3  Exhibit 67.  Do you recall who you spoke to when
4  you called back at Big Sky?
5     A.  No.
6     Q.  Okay.  Do you recall if it was male or
7  female?
8     A.  I don't recall.
9     Q.  Okay.  I'll go ahead and give you
10 Exhibit 67 and let you take a look at that and I'll
11 ask you some questions on that.
12    A.  Yes.
13    Q.  Now do you recall telling this person at
14 Big Sky that Mr. Meyer hits rocks after the cat
15 track?
16    A.  Yes.
17    Q.  Okay.  So this is an accurate
18 representation of the statement that you made to
19 Big Sky?
20    A.  Correct.
21    Q.  Okay.  Now these rocks or log or this
22 area where Mr. Meyer wrecked, was it marked in any
23 way?
24    A.  So let's --
25        MR. McINTOSH: Objection, vague.

Page 27

1         THE WITNESS:  So let's be clear.  So he's
2  coming down the ski slope, he hits the track, the
3  snow is rough.  On the downside of that lip, my
4  recollection is there was exposed gravel on the
5  downside of the lip.  He flipped and he landed on a
6  tree.  So you're using -- you're saying where he
7  crashed.  So there are two different elements of
8  the crash, where the crash was initiated and where
9  it ended.
10        MS. WALAS:  Okay.
11        THE WITNESS:  So there wasn't a log on the
12 road.  But my recollection is that on this track,
13 on the downhill side there was a lip of icy
14 granular snow and then it was bare on the downhill
15 side there.  There was gravel.
16 BY MS. WALAS:
17    Q.  Okay.  And in looking --
18    A.  Early season conditions.
19    Q.  And in looking at these pictures, can
20 you see the gravel that you're speaking of --
21    A.  No.
22    Q.  -- in either Exhibit 25 or 24 from
23 above?
24    A.  No.
25    Q.  Okay.  And is the gravel that you're

Page 28

1  talking about now, are those the rocks that you're
2  referring to in this statement?
3     A.  Correct.
4     Q.  Okay.  And so at that gravel were there
5  any warning signs --
6     A.  No.
7     Q.  -- posted?
8         And were there any -- were there any
9  signs in the area at all identifying the cat track
10 or the road?
11    A.  I don't recall.  Lots of signs saying
12 early season conditions.
13    Q.  Okay.
14    A.  But I don't recall whether there was a
15 specific sign on the cat track.  I just don't
16 recall anything.  My recollection is that there
17 wasn't, but I don't recall.
18    Q.  And do you recall if there was a
19 chairlift in the area?
20    A.  So that's a good question.  I don't -- I
21 don't ski this very much and so I don't -- I don't
22 have a good memory of that.
23    Q.  Okay.
24    A.  It seemed like there was a chairlift up
25 here to the right but that's the vaguest of

Page 29

1   possible memories.
2       Q. Okay. So you're unclear if there was a
3   chairlift or not?
4       A. Yeah, I am unclear.
5       Q. And what do you consider early ski
6   conditions? You've been throwing that term around
7   and I just want to make sure that we're on the same
8   page when you're talking about early ski
9   conditions.
10      A. So patchy snow with obstacles. So thin
11  cover bleeding through to tree stumps and rocks
12  that you have to ski around or they'll trip you up.
13      Q. Okay. And you said something earlier in
14  your testimony that you -- you stopped on the cat
15  track or road. I know everybody that skis refers
16  to them as different things. So when I say cat
17  track and road I mean the same thing.
18         Now you had planned to stop there,
19  correct?
20      A. Yes.
21      Q. And with that knowledge, had you slowed
22  down prior to getting there?
23      A. Yeah.
24      Q. Okay. And when you normally ski, if
25  you're not going to stop -- be stopping to wait for

Page 30

1   people on the cat track, do you just keep at your
2   speed and just keep going down?
3       MR. McINTOSH: Objection, vague.
4       THE WITNESS: I think sometimes, yes, and
5   sometimes, no. That's the fun of skiing, right?
6       MS. WALAS: Okay.
7       THE WITNESS: But I might have skied down and
8   just -- so you couldn't go straight on, right?
9   That's not an option. It was not -- that was not
10  open. But I could have -- and it's downhill so the
11  option is to take the cat track over left a little
12  left and then ski down over to this broader area.
13  And so I could imagine being by myself or with my
14  son and just skiing onto that cat track and sliding
15  parallel on the cat track and moving forward
16  because it's flat and you might want to keep your
17  speed going. But I can imagine stopping too and
18  it's in the moment.
19  BY MS. WALAS:
20      Q. Okay. And on December 11th you don't
21  know what Mr. Meyer's intentions were as he was
22  going down the hill?
23      A. No. No way I could know.
24      Q. And so when you testified that he was
25  getting ready to jump, that's just your guessing as

Page 31

1   to what he was doing?
2       A. Yeah. It's just conjecture based on the
3   fact that it was -- he hadn't slowed down. He
4   wasn't turning. He was going straight down the
5   hill at a high rate of speed.
6       Q. Okay. And do you know Mr. Meyer's
7   skiing ability?
8       A. I have no idea.
9       Q. And --
10      A. He's a pretty good skier. I guess I do
11  know a little bit, right? I saw him for five
12  seconds ski down a difficult run at a high rate of
13  speed and he was -- he knows what he's doing. He's
14  got strong legs and he was hitting those moguls
15  hard.
16      Q. Now besides the call back and the ski
17  patroller that day at Big Sky, have you spoken to
18  anyone else from Big Sky?
19      A. Like I said, I had this recollection of
20  calling and asking if he was okay.
21      Q. The day of the wreck, did you talk to
22  any of the ski patrollers around?
23      A. So when they -- there were quite a
24  number of ski patrollers that came on the scene. I
25  might have said a few words like "Can I help?" I

Page 32

1   think I took his skis. Like his skis had been
2   ejected and I was like, "Can I take them over to
3   the toboggan?" And they said that would be
4   helpful. I was trying to be helpful. And then
5   they asked me to -- so they put him in the toboggan
6   and took him over on this broad slope and went
7   down. And they asked me to ski behind them and
8   meet them at the ski patrol hut where I then made a
9   statement. So yes, I guess I do.
10      Q. And you said there were a lot of ski
11  patrollers around. Do you recall any of the ski
12  patrollers saying anything about the area that you
13  were standing in, like make any comments that just
14  stuck out in your mind?
15      A. No. They seemed very focused on the
16  quality of care. And there was clearly a senior
17  person, whether it was a doctor or, I don't know, a
18  senior medical person that -- my recollection is
19  that they felt lucky that that person was there and
20  available and on the scene and he seemed like he
21  was giving the orders. And they were just like
22  focused on getting this guy immobilized on the
23  toboggan down the hill as quickly as possible.
24      Q. And have you spoken to Big Sky's counsel
25  about this case?

Page 33

1  A. Yes.
2  Q. Okay. How many times have you spoken
3  with him?
4  MR. McINTOSH: Objection, relevance.
5  THE WITNESS: Less than seven and more than
6  two. I mean, so I think you spoke to me on the
7  phone, you had me do an affidavit, we -- the
8  plaintiff scheduled the deposition, the deposition
9  didn't happen, the deposition got rescheduled.
10 There was -- we've had some contact but really one
11 substantive time, is my recollection about what
12 happened.
13 MS. WALAS: Okay.
14 THE WITNESS: Yeah. The rest seemed like
15 scheduling and the kind of comedy of errors around
16 scheduling and representation.
17 BY MS. WALAS:
18 Q. Okay. And when you say "substantive"
19 conversation, is that in relation to the affidavit
20 you prepared?
21 A. Correct.
22 Q. And the facts that you put in that
23 affidavit, that was -- those were your facts,
24 correct?
25 A. Yes.

Page 34

1  Q. Okay. And nothing that your discussions
2  with counsel that have -- have they influenced your
3  testimony?
4  A. No.
5  Q. Okay. And this is more of just a
6  practical question. We're videotaping your
7  deposition today I'm presuming because of the trial
8  will be in Great Falls. Would it be a hardship for
9  you to get to Great Falls in July to testify live?
10 A. Define hardship.
11 Q. That's up to the court to define
12 hardship, but.
13 A. I can get to Great Falls.
14 Q. You can?
15 A. It's not convenient --
16 Q. Okay.
17 A. -- right? It's a day of my life.
18 MS. WALAS: If we can go off the record real
19 quick, I might be all done.
20 VIDEO TECHNICIAN: We're now off the record.
21 The time is 2:10.
22 (Whereupon, a brief
23 recess was taken.)
24 VIDEO TECHNICIAN: We're back on the record.
25 The time is 2:10.

Page 35

1  MS. WALAS: I don't have any further
2  questions at this time. Thank you.
3  THE WITNESS: Thank you.
4  RE-EXAMINATION
5  BY MR. McINTOSH:
6  Q. Mr. McMakin, just a few follow-up
7  questions.
8  First of all, you said you recalled on
9  December 11, 2015 when you skied in Big Sky, you
10 said you saw lots of signs that said early season
11 conditions. Do you remember saying that?
12 A. I do remember saying that, yes.
13 Q. Do you also recall seeing -- I'm going
14 to show you what's been previously marked as
15 Exhibit 19, and do you see the sign shown in
16 Exhibit 19?
17 A. I see the sign in this picture, yes.
18 Q. And can you read that that sign states
19 "Caution, Unmarked Hazards"?
20 A. Yes.
21 Q. And do you recall seeing signs that said
22 "Caution, Unmarked Hazards" on December 11, 2015?
23 A. I do, but I couldn't locate where this
24 sign is.
25 Q. You were asked by counsel a number of

Page 36

1  questions about the rocks below the cat track, do
2  you recall those questions?
3  A. I do recall.
4  MR. McINTOSH: And we're on number 68; is
5  that correct?
6  MS. WALAS: Yes.
7  (Whereupon, Deposition
8  Exhibit Numbers 68 & 69
9  were marked for identification.)
10 BY MR. McINTOSH:
11 Q. Mr. McMakin, I'm going to hand you two
12 photographs that I've marked as Exhibits 68 and 69.
13 Please take a minute to review those.
14 A. (Witness complies.)
15 MS. WALAS: The one with the person is 68.
16 THE WITNESS: Okay.
17 BY MR. McINTOSH:
18 Q. And do you recognize what is shown in
19 Exhibits 68 and 69?
20 A. So I'm going to ask you some questions.
21 So this is the cat track; is that correct?
22 Q. Correct.
23 A. And is this -- this is not the cat
24 track, this is below it. The cat track is up here
25 where the packed snow is?

Page 37

1  Q. And you're referring now to Exhibit 69?
2  A. Correct.
3  Q. Yes.
4  A. And you're looking over the edge of it,
5  yes. So what was your question?
6  Q. My question was, do you recognize what's
7  shown in Exhibits 68 and 69?
8  A. I have located them in my brain. These
9  were not -- so the left, 69, might have been my
10 perspective. But 68 was not my perspective. My
11 perspective was more of the person that's pictured
12 standing on the cat track.
13 Q. Okay. In picture 68?
14 A. Correct.
15 Q. Okay. So would you agree with me that
16 Exhibit 68 is a sideways view of the rocks below
17 the cat track?
18 A. Correct, looking uphill.
19 Q. And Exhibit 69 is a photograph looking
20 downhill at the rocks, correct?
21 A. Correct, sort of more eastward.
22 Q. And in both photographs 68 and 69 you
23 can clearly see the rocks, correct?
24 A. Correct.
25 Q. And are these -- the rocks shown in

Page 38

1  Exhibits 68 and 69, are those the rocks that you
2  believe Mr. Meyer hit as you thought he was trying
3  to jump off the cat track?
4  A. Yes.
5  Q. And earlier you were asked a question
6  about what was going through Mr. Meyer's mind when
7  he came down and went by you. And, of course, you
8  don't know what was going through his mind, do you?
9  A. Right. No, I do not.
10 Q. But from what you observed, did it look
11 to you like he was trying to jump off the downhill
12 edge of the cat track?
13 A. Yes, that's what I said earlier. I
14 believe that he was going straight down the hill at
15 a high rate and he saw the cat track and he was
16 going to jump off that lip.
17 Q. Thank you, Mr. McMakin. That's all the
18 follow-up questions I have.
19 A. Okay.
20 MS. WALAS: I just have one, maybe two.
21         RE-EXAMINATION
22 BY MS. WALAS:
23 Q. You were asked about Exhibit 19 about
24 that sign?
25 A. Yes.

Page 39

1  Q. Do you see that sign in any of the
2  pictures that you have been testifying about?
3  A. I do not.
4  Q. That's it. That's all I have. Thank
5  you.
6  A. Cool. Thank you both.
7  Q. Thank you.
8  A. Onward and upward.
9  VIDEO TECHNICIAN: This now ends the
10 deposition. The time is 2:15.
11
12         (Whereupon, the taking
13          of this videotaped deposition
14          was concluded at 2:15 p.m.)
15
16
17         SIGNATURE RESERVED
18
19
20         * * * * * * * *

Page 40

1         DEPONENT'S CERTIFICATE
2  PAGE    LINE    CORRECTION
3
4
5
6
7
8
9
10
11
12
13
14    I, TOM McMAKIN, the deponent in the
15 foregoing deposition, DO HEREBY CERTIFY, that I
16 have read the foregoing -40- pages of typewritten
17 material and that the same is, with any corrections
18 thereon made in ink on the correction sheet and
19 signed by me, a full, true and correct transcript
20 of my oral deposition given at the time and place
21 hereinbefore mentioned.
22    DATED this_____day of_____, 2020.
23
24    _____
25         TOM McMAKIN

Page 41

```
 1           C E R T I F I C A T E
 2    STATE OF MONTANA   )
 3                       ) ss.
 4    COUNTY OF GALLATIN )
 5           I, Marla Jeske, Court Reporter - Notary
 6    Public, CSR, in and for the County of Gallatin,
 7    State of Montana, do hereby certify:
 8           That the witness in the foregoing
 9    deposition was by me first duly sworn to testify
10    the truth, the whole truth and nothing but the
11    truth in the foregoing cause; that the deposition
12    was then taken before me at the time and place
13    herein named; that the deposition was reported by
14    me in shorthand and later transcribed into
15    typewriting under my direction, and the foregoing
16    pages contain a true record of the testimony of the
17    witness, all done to the best of my skill and
18    ability.
19           IN WITNESS WHEREOF, I have hereunto set
20    my hand and affixed my notarial seal this ____ day
21    of _____, 2020.
22           _____
23           Notary Public for the State of Montana
24           residing at: Bozeman
25           My commission expires: February 04, 2023
```

11 (Page 41)

TOM McMAKIN

Page 40

```
 1                 DEPONENT'S CERTIFICATE
 2     PAGE          LINE           CORRECTION
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14        I, TOM McMAKIN, the deponent in the
15   foregoing deposition, DO HEREBY CERTIFY, that I
16   have read the foregoing -40- pages of typewritten
17   material and that the same is, with any corrections
18   thereon made in ink on the correction sheet and
19   signed by me, a full, true and correct transcript
20   of my oral deposition given at the time and place
21   hereinbefore mentioned.
22        DATED this  5th  day of  February , 2020.
23
24
25                                    TOM McMAKIN
```

BRIDGER COURT REPORTERS, INC.
(406) 582-0668

**A**
a.m 7:18
abilities 7:2,12
ability 14:25
   31:7 41:18
able 10:23 11:1
   11:7
Absolutely
   11:10 13:21
   18:21
accelerating
   18:9
accounting 5:23
accurate 25:6
   26:17
accurately
   24:25
add 23:18
affidavit 33:7,19
   33:23
affixed 41:20
age 17:8
agree 9:21 10:5
   10:8 14:6
   37:15
ahead 13:18,19
   20:13,16 21:25
   22:23 26:9
aid 16:13
air 15:22
aloud 23:19
answer 16:16
   21:25 22:1
anybody 17:5
Anyway 18:15
apologize 22:22
APPEARAN...
   2:1
appearing 1:16
   2:2,8
approximately
   11:19
area 7:20 8:2,8
   8:19,21 9:22
   11:19 12:3
   15:11,11,12
   16:18 18:6
   22:3 26:22
   28:9,19 30:12
   32:12
arms 16:21
asked 19:16,19
   22:19 25:14
   32:5,7 35:25
   38:5,23
asking 22:20
   31:20
assume 17:15
assumes 21:23
ATTORNEY
   2:2
attorneys 2:8
   4:20
available 32:20
Avenue 1:18
   2:12 4:14
awesome 16:10

**B**
B 3:5
back 6:12 11:23
   12:9 16:4,20
   19:7 23:11
   24:20,24 25:10
   25:14,21 26:4
   31:16 34:24
Bain 5:23
bare 27:14
base 8:8,21
based 17:19,25
   31:2
basically 13:12
   16:25
Basin 8:2
BCG 5:24
beginning 1:19
behalf 2:2,8
   4:22
believe 18:19,22
   23:22 38:2,14
best 41:17
bet 18:25
better 10:16
   17:13
big 1:8 2:9 3:11
   4:8 6:3,19 8:3
   8:6,8,22,23
   22:12 25:7,10
   26:4,14,19
   31:17,18 32:24
   35:9
Billings 25:19
bit 9:9 31:11
black 7:6
bleeding 29:11
blue 7:7 20:14
bombing 12:17
   12:19 13:2,5
Box 2:5,12
Bozeman 1:18
   2:6,13 4:14
   5:16 41:24
brain 37:8
breathing 24:21
   24:22
Breean 2:4 3:4
   4:22
breean@wala...
   2:6
Bridger 4:18
brief 19:5 34:22
bring 22:22
broad 32:6
broader 30:12
broke 7:14
broken 17:1
Brown 4:18
brush 10:15
bumping 13:3
bushes 22:5
business 5:24
Butte 1:3 4:11

**C**
C 41:1,1
call 17:5,11
   31:16
called 5:7,19
   17:14 25:14,21
   26:4
calling 25:10
   31:20
capitalizing
   14:24
care 32:16
carve 13:1
case 4:8 8:11
   9:11 11:15
   32:25
cat 9:16 10:2,6
   10:24 11:2,5,8
   11:11,19 13:10
   13:13 14:13,16
   14:20 15:1,3,6
   15:9,15,21,25
   16:12,17 17:7
   17:21 20:3
   24:2,5,7,15,16
   26:14 28:9,15
   29:14,16 30:1
   30:11,14,15
   36:1,21,23,24
   37:12,17 38:3
   38:12,15
catch 9:7 12:1
cause 1:7 4:9
   18:2 41:11
Caution 35:19
   35:22
cell 17:11
CEO 5:19
CERTIFICA...
   40:1
certify 40:15
   41:7
chairlift 7:20
   28:19,24 29:3
Challenger 7:19
change 18:5,16
   23:18
characterized
   13:23
check 18:24
choppered
   25:19
choppy 18:17
circle 21:9
Civil 1:20
clear 21:9 27:1
clearly 17:4
   32:16 37:23
Colored 3:10,14
   3:15
come 9:4
comedy 33:15
coming 12:10
   16:22 19:10
   21:21 27:2
comments 32:13
commission
   41:25
company 6:21
comparable
   7:17
compare 7:12
complies 36:14
conclude 18:1
concluded 39:14
conditions 10:21
   27:18 28:12
   29:6,9 35:11
conjecture
   18:13 31:2
consciousness
   22:7
consider 29:5
consulting 5:19
contact 33:10
contain 41:16
continue 17:2
contributed
   18:20
control 11:9
convenient
   34:15
conversation
   33:19
Cool 39:6
copies 22:23

corner 12:17
  19:22
correct 6:4,5 7:1
  9:2,17,24 10:4
  10:7 11:12
  13:8,12 26:20
  28:3 29:19
  33:21,24 36:5
  36:21,22 37:2
  37:14,18,20,21
  37:23,24 40:19
correction 40:2
  40:18
corrections
  40:17
counsel 32:24
  34:2 35:25
Counsel's 21:24
County 41:4,6
couple 19:16
  25:11,19,21
course 38:7
court 1:1,21
  4:10,17,18
  34:11 41:5
cover 29:11
crash 27:8,8
crashed 22:4
  27:7
Crowley 1:17
  2:11 4:13
CSR 1:22 41:6
curves 13:4

————— D —————
D 3:1,5
date 4:15
dated 3:12,13
  40:22
day 1:18 6:14,23
  25:8 31:17,21
  34:17 40:22
  41:20
days 25:11,21
dead 25:18
December 3:13

  6:3,19 30:20
  35:9,22
deep 16:4,23,24
  16:24
deeper 16:18
defendant 1:9
  1:16 2:9 4:9,25
define 34:10,11
Depo 20:17
deponent 40:14
DEPONENT'S
  40:1
deposition 1:11
  1:15 3:9 4:7,12
  21:1 23:1
  25:23 33:8,8,9
  34:7 36:7
  39:10,13 40:15
  40:20 41:9,11
  41:13
describe 7:2
  12:13 14:18
described 13:15
description
  10:16
detail 6:10
details 6:12,18
development
  5:24
diamond 7:6
different 27:7
  29:16
difficult 31:12
direction 24:8
  41:15
directions 24:1
directly 9:3
disagree 25:2
discussions 34:1
dissimilar 22:19
distant 8:20
District 1:1,2
  4:10,11
Division 1:3
  4:11
Dixon 3:13

doctor 32:17
doing 6:13,19
  31:1,13
double 7:6
downhill 9:9
  15:9,25 17:21
  27:13,14 30:10
  37:20 38:11
downside 27:3,5
drive 5:24
drop-off 15:8
dude 16:10
  17:10
duly 5:7 41:9

————— E —————
E 3:1,5,5,5,5
  41:1,1
earlier 10:1
  29:13 38:5,13
early 10:20 22:4
  27:18 28:12
  29:5,8 35:10
eastward 37:21
edge 15:25
  17:21 37:4
  38:12
efforts 5:25
either 27:22
ejected 24:18
  32:2
elements 27:7
employees 6:25
ended 27:9
ends 39:9
entire 24:21
errors 33:15
Esq 2:4,10,11
  3:3,4
Evening 5:16
eventually 12:10
everybody
  29:15
Evi 3:13
evidence 21:24
exactly 8:9

  15:10,10
examination
  1:11,15 3:2
  5:10 19:13
examined 5:8
Exchange 5:20
  5:21 6:22
Excuse 14:4
execute 16:11
  18:3
Exhibit 3:6,6,7,7
  3:10,11,13,14
  3:15 8:11,15
  8:25 9:11,14
  9:21 10:3,6,24
  11:15,20 13:11
  14:20 19:19
  20:6,17,24
  21:2 22:24
  23:2,14 25:24
  26:3,10 27:22
  35:15,16 36:8
  37:1,16,19
  38:23
Exhibits 3:9
  13:7 36:12,19
  37:7 38:1
expect 10:20
  13:15
expert 7:6,10
  13:24 14:23
expires 41:25
exposed 27:4
eyes 24:22

————— F —————
F 3:5 41:1
facing 8:5 24:6,8
fact 31:3
facts 21:23
  33:22,23
failed 16:6
failure 18:3
Falls 34:8,9,13
far 16:19 17:22
  18:12

fast 7:16 14:3,4
  14:7,8 18:16
faster 12:2,3
  13:14,21 14:9
  14:10,11
February 41:25
Federal 1:20
feel 16:5
feet 16:19 17:24
  18:1
felt 18:4,14
  32:19
female 26:7
field 20:9
firm 2:5 5:19
firms 5:23,23,23
first 5:7 12:5
  23:24 24:2,10
  24:19 35:8
  41:9
five 7:5 16:19
  31:11
flat 30:16
Fleck 1:17 2:11
  4:13
flip 16:8,12
flipped 15:22
  16:25 18:13
  25:17 27:5
focused 32:15
  32:22
follow 19:16
follow-up 25:11
  35:6 38:18
following 4:1
  13:12
follows 5:8
foregoing 40:15
  40:16 41:8,11
  41:15
forward 30:15
foundation
  13:17
front 8:19 11:18
  15:7
full 5:13 40:19

fun 30:5
function 18:10
funny 24:1
further 9:9
  19:11,17 35:1

**G**
gaining 12:7
Gallatin 41:4,6
getting 29:22
  30:25 32:22
give 20:14 25:11
  26:9
given 23:14
  40:20
giving 22:11
  32:21
go 11:7 13:18,19
  16:13,19 18:23
  20:13,16 21:25
  22:23 23:4
  26:9 30:8
  34:18
God 16:23
goes 8:18,21
going 8:10 9:16
  14:25 15:3,16
  20:13,17 29:25
  30:2,17,22
  31:4 35:13
  36:11,20 38:6
  38:8,14,16
good 7:7,25
  17:23 28:20,22
  31:10
granular 27:14
gravel 27:4,15
  27:20,25 28:4
Great 34:8,9,13
groomers 7:7
group 7:16 9:7
groups 7:16
guess 10:12
  31:10 32:9
guessing 30:25
guy 12:16 19:22

  19:23 25:18,22
  32:22
guys 19:25
  20:19

**H**
H 3:5
hand 8:10 36:11
  41:20
happen 33:9
happened 15:20
  16:3 21:16,19
  22:21 24:12
  25:22 33:12
hard 12:22
  16:12 31:15
hardship 34:8
  34:10,12
Hazards 35:19
  35:22
head 24:8,19,20
held 4:12
help 5:22 16:14
  31:25
helpful 22:17
  32:4,4
hereinbefore
  40:21
hereunto 41:19
high 7:9 12:17
  12:18 13:24
  14:22,24,25
  31:5,12 38:15
highway 24:14
  24:15
hill 12:14 21:22
  30:22 31:5
  32:23 38:14
hit 18:7,11
  21:22 22:6
  24:17 38:2
hits 26:14 27:2
hitting 31:14
honest 20:4
hotdogging
  14:23

hour 1:19
Hum 11:3
hut 8:23 32:8

**I**
Ian 2:10 3:3
  4:24
icy 18:17 27:13
idea 31:8
Ideas 5:20,21
  6:22
identification
  21:3 23:3
  25:25 36:9
identify 4:20
identifying 28:9
imagine 30:13
  30:17
imcintosh@cr...
  2:13
immediately
  17:1
immobilized
  32:22
impression
  14:21
influenced 34:2
initiated 27:8
ink 40:18
instance 1:16
intentions 30:21
intermediate
  7:9 13:16,22
involving 6:7

**J**
January 1:19
  4:15
Jeske 1:21 4:17
  41:5
John 1:5 2:3 4:8
  6:8 7:23 12:11
July 34:9
jump 15:1,4,25
  16:6,7 17:21
  18:3 24:17

  30:25 38:3,11
  38:16

**K**
keep 30:1,2,16
kid 17:10
kids 17:5
kind 8:3,4,4,19
  12:16 13:23
  16:17 18:6,9,9
  33:15
knew 8:22
know 7:14 8:21
  12:8,15,21,21
  12:23 18:4,15
  20:4 21:14,15
  22:2,2,3,6,6,8
  24:4,14 29:15
  30:21,23 31:6
  31:11 32:17
  38:8
knowledge 8:1
  29:21
knows 31:13

**L**
landed 16:4,25
  24:19 27:5
Lane 5:16
large 5:22
launched 15:22
Law 2:5
learned 6:7
  12:11
left 9:18 21:15
  21:18 30:11,12
  37:9
legs 31:14
let's 6:17 23:19
  26:24 27:1
letter 3:13
life 34:17
Light 8:2
lightly 12:24
LINE 40:2
lip 27:3,5,13

  38:16
little 9:9 16:9
  19:22 30:11
  31:11
live 5:15 34:9
locate 35:23
located 4:13
  37:8
location 13:10
log 16:24,25
  24:19 26:21
  27:11
look 7:7 8:16
  11:23 12:9
  15:24 26:10
  38:10
looked 16:15,22
looking 9:2
  11:17 22:8
  27:17,19 37:4
  37:18,19
Loop 24:18
lot 14:10,10
  32:10
lots 28:11 35:10
low 7:9 10:14
lower 15:16
lucky 32:19

**M**
Mac 2:11 4:25
Makin 10:17
male 26:6
mark 4:18 20:16
  22:23
marked 8:11
  9:10 11:15
  21:3 23:3
  25:25 26:2,22
  35:14 36:9,12
Marla 1:21 4:17
  41:5
mass 17:7
material 40:17
McIntosh 2:10
  3:3 4:24,24

5:11 13:18,20
14:1 19:9
20:18,20,22
21:23 22:1
25:3 26:25
30:3 33:4 35:5
36:4,10,17
**McKinsey** 5:24
**McMAKIN**
 1:12,15 3:2 4:7
 5:6,13,14,15
 5:17 10:18
 18:22 19:9,15
 35:6 36:11
 38:17 40:14,25
**mean** 7:17 8:22
 12:19 13:5
 17:3 22:2,8,19
 24:24 29:17
 33:6
**medical** 32:18
**meet** 32:8
**memories** 29:1
**memory** 28:22
**mentioned**
 40:21
**Meyer** 1:5 2:3
 4:8 6:8 12:11
 12:14 13:6
 14:2,6,12,15
 14:19 15:14,20
 17:19 20:8
 21:22 26:14,22
 38:2
**Meyer's** 7:23
 9:1,23 16:13
 18:2,19 20:3
 30:21 31:6
 38:6
**mind** 21:8 32:14
 38:6,8
**minute** 15:19
 36:13
**minutes** 18:24
**moguled** 12:24
**moguls** 13:1,3

31:14
**moment** 30:18
**Montana** 1:2,18
 2:6 4:11,14
 5:16 41:2,7,23
**Moon** 8:2
**morning** 7:19
 24:17
**Morris** 2:11
 4:25
**mouth** 16:22
**move** 24:21
**moving** 8:5,7
 30:15
**MT** 2:13

――――――
   **N**
――――――
**N** 3:1
**name** 5:12,13
**named** 41:13
**neck** 17:1 24:20
**netherworld** 7:9
**newspaper**
 25:20
**normally** 29:24
**north** 8:18
**northeastern**
 8:4
**nose** 24:22
**notarial** 41:20
**Notary** 1:21
 41:5,23
**notes** 18:24
**number** 4:9 8:12
 9:11 11:15
 20:21 21:2
 23:2 25:24
 31:24 35:25
 36:4
**Numbers** 36:8

――――――
   **O**
――――――
**O** 3:5
**Objection** 13:17
 21:23 25:3
 26:25 30:3

33:4
**observed** 18:1
 38:10
**obstacles** 29:10
**obvious** 10:9
 15:6,7
**off-** 23:8
**offices** 1:17 4:13
**oh** 10:10 16:23
 19:23
**okay** 6:10,16
 7:18 8:7,10 9:8
 11:13 12:2,6
 12:19 13:6,14
 15:13,20 20:2
 20:6,8,21,23
 21:8,17,21
 22:14 25:13,15
 25:16 26:2,6,9
 26:17,21 27:10
 27:17,25 28:4
 28:13,23 29:2
 29:13,24 30:6
 30:20 31:6,20
 33:2,13,18
 34:1,5,16
 36:16 37:13,15
 38:19
**old** 7:6
**Onward** 39:8
**open** 16:21
 24:22 30:10
**option** 30:9,11
**oral** 1:11,15
 40:20
**orders** 32:21

――――――
   **P**
――――――
**p.m** 1:19 4:16
 39:14
**P.O** 2:5,12
**packed** 18:8
 36:25
**page** 3:2 29:8
 40:2
**pages** 40:16

41:16
**parallel** 30:15
**part** 18:14
**partners** 6:23
 7:15
**party** 12:1
**patchy** 29:10
**path** 13:13
**patient** 23:23,24
 23:25 24:3,13
 25:15
**patrol** 3:11 8:23
 17:9,14,15
 25:8 32:8
**patroller** 31:17
**patrollers** 31:22
 31:24 32:11,12
**pen** 20:14
**people** 6:21 7:11
 7:15 12:25
 17:4,6,7 20:5
 20:10,11 30:1
**Perfect** 21:11
**person** 6:7 11:20
 12:10 13:11
 26:13 32:17,18
 32:19 36:15
 37:11
**perspective** 8:20
 37:10,10,11
**phone** 17:11
 33:7
**photograph**
 3:10,14,15
 9:10,20 11:14
 11:14 37:19
**photographs**
 11:17 36:12
 37:22
**picture** 9:8 20:9
 20:11 21:12
 35:17 37:13
**pictured** 37:11
**pictures** 12:23
 27:19 39:2
**PIE** 6:21

**place** 4:7 23:10
 40:20 41:12
**plaintiff** 1:6 2:3
 4:8,23 33:8
**planned** 29:18
**plays** 18:10
**please** 4:20 5:2
 5:12 36:13
**PLLP** 1:17 2:11
**possible** 29:1
 32:23
**posted** 28:7
**practical** 34:6
**prepared** 33:20
**presuming** 34:7
**pretty** 31:10
**prevented** 15:14
 15:17
**previously** 8:11
 9:10 11:15
 35:14
**prior** 29:22
**probably** 7:5,15
 10:16 16:19
 17:23
**Procedure** 1:20
**proceedings** 4:1
**professional**
 5:22
**Profitable** 5:20
 5:21 6:21
**Public** 1:21 41:6
 41:23
**pursuant** 1:20
**put** 32:5 33:22

――――――
   **Q**
――――――
**quality** 18:16
 32:16
**question** 8:4
 17:23 28:20
 34:6 37:5,6
 38:5
**questions** 18:23
 19:11,17 22:19
 26:11 35:2,7

36:1,2,20
38:18
**quick** 23:5 34:19
**quickly** 17:16,17
17:18 32:23
**quite** 18:8,8
31:23

---
R
---

**R** 3:5,5,5 41:1
**rate** 14:24 15:16
31:5,12 38:15
**RE-EXAMIN...**
35:4 38:21
**reached** 14:13
**read** 23:19,20
24:24 35:18
40:16
**ready** 30:25
**real** 23:4 34:18
**really** 16:11
21:20 25:18
33:10
**reason** 16:5
**recall** 20:4 21:13
21:20 22:11,14
25:6,10,12
26:3,6,8,13
28:11,14,16,17
28:18 32:11
35:13,21 36:2
36:3
**recalled** 35:8
**recess** 19:6
34:23
**recognize** 8:14
9:13 36:18
37:6
**recollection** 8:1
8:5 12:24 27:4
27:12 28:16
31:19 32:18
33:11
**record** 4:21
18:24 19:3,8
23:4,6,11

34:18,20,24
41:16
**referring** 28:2
37:1
**refers** 24:3,15
29:15
**registered** 22:7
**relation** 20:3
33:19
**relevance** 33:4
**remember** 7:22
7:24 16:8 17:3
17:3 35:11,12
**REMEMBER...**
1:14
**reported** 41:13
**reporter** 1:21
4:17 41:5
**Reporting** 4:18
**representation**
25:7 26:18
33:16
**rescheduled**
33:9
**RESERVED**
39:17
**residing** 41:24
**Resort** 1:8 2:9
4:9 6:3 8:6
**rest** 9:6 11:25
33:14
**restate** 25:4
**rested** 9:4,5
**reverse** 11:7
**review** 36:13
**right** 9:18 10:13
16:10 17:5,12
17:12 19:15
22:20 23:23,25
24:7,9,10
28:25 30:5,8
31:11 34:17
38:9
**road** 8:17 9:5,15
24:18,18 27:12
28:10 29:15,17

**rocks** 21:22 22:5
22:6 24:17
26:14,21 28:1
29:11 36:1
37:16,20,23,25
38:1
**roll** 20:19
**rotated** 24:19
**rough** 12:22
18:11,17 27:3
**roughly** 8:18
20:5 21:4,6,14
21:18
**roughness** 18:12
**Rules** 1:20
**run** 7:24 8:3,5
8:24,25 10:2
10:24 11:2,8
13:7 14:9,10
14:11,19 31:12

---
S
---

**S** 3:5
**safely** 10:23
11:1 14:15
15:21
**saw** 9:22 12:13
12:14 14:11,19
16:24 17:25
22:3,3 31:11
35:10 38:15
**saying** 16:8
21:14 27:6
28:11 32:12
35:11,12
**says** 24:11,13,23
**scene** 31:24
32:20
**scheduled** 33:8
**scheduling**
33:15,16
**seal** 41:20
**season** 10:20
22:4 27:18
28:12 35:10
**second** 14:21

24:13
**seconds** 31:12
**see** 9:16 10:5,11
10:14,14,20
11:23 12:10
16:20 21:22
22:17 25:20
27:20 35:15,17
37:23 39:1
**seeing** 35:13,21
**senior** 32:16,18
**sentence** 23:24
24:11,13
**services** 5:22
**set** 4:7 41:19
**seven** 33:5
**shaking** 16:21
**sheet** 40:18
**shorthand** 41:14
**shortly** 7:23
8:25 9:22
**show** 9:8 11:13
35:14
**shown** 8:14,24
9:13 10:2,24
11:20 13:7,11
14:19 35:15
36:18 37:7,25
**shows** 9:21 17:8
**sic** 10:17
**side** 15:8,9
18:10,12 27:13
27:15
**sideways** 37:16
**sign** 28:15 35:15
35:17,18,24
38:24 39:1
**SIGNATURE**
39:17
**signed** 40:19
**signs** 28:5,9,11
35:10,21
**ski** 3:11 6:3,6,11
6:23 7:2,23,24
8:23,24 9:1,23
10:2,23 11:8

12:21,25 13:9
13:16,24 14:16
17:8,9,14,15
18:2,15,20
25:7 27:2
28:21 29:5,8
29:12,24 30:12
31:12,16,22,24
32:7,8,10,11
**skied** 7:22,24
8:1,25 9:22
10:1 11:5 14:9
14:10,11 18:6
30:7 35:9
**skier** 7:7 13:16
13:22 14:23
24:9 31:10
**skiers** 11:23
**skiing** 6:2,24 7:4
7:5,12,19 8:3
10:20 11:9
12:2,14 13:6
13:14,23,23
14:7 18:20
30:5,14 31:7
**skill** 41:17
**skis** 24:6,18
29:15 32:1,1
**Sky** 1:8 2:9 3:11
4:9 6:3,19 8:3
8:6,8 22:12
25:7,10 26:4
26:14,19 31:17
31:18 35:9
**Sky's** 32:24
**slick** 18:17
**sliding** 30:14
**slope** 8:17,20
9:3,4 12:17,20
14:24 22:9
24:10,16 27:2
32:6
**slow** 14:12 15:5
**slowed** 29:21
31:3
**slowing** 15:14

smaller 7:16
snow 10:13 16:4
    16:18 18:16
    20:9 27:3,14
    29:10 36:25
someone's 13:2
son 30:14
sort 8:20 9:3,6
    10:12,14 12:18
    12:22 13:22
    14:23 17:7
    18:6 37:21
sound 24:23
south 1:17 2:12
    8:18 24:7
speaking 27:20
specific 28:15
specifically
    22:16
speed 12:18
    14:24 15:17,18
    18:19 30:2,17
    31:5,13
split 14:21
spoke 26:3 33:6
spoken 31:17
    32:24 33:2
spouses 6:23
square 7:7
ss 41:3
standing 13:10
    14:13 20:2
    23:20,25 24:4
    32:13 37:12
Star 5:16 24:18
start 6:17
started 12:5
    16:17
state 5:12 41:2,7
    41:23
statement 3:11
    22:15 23:15,18
    25:11 26:18
    28:2 32:9
statements
    22:11

states 1:1 4:10
    35:18
steep 8:17 9:3
sticking 10:12
stop 11:18 29:18
    29:25
stopped 9:5 10:2
    11:11,22 15:15
    15:18 22:9
    24:5 29:14
stopping 15:15
    29:25 30:17
straight 13:4
    30:8 31:4
    38:14
strong 12:24
    31:14
stuck 32:14
stuff 22:4
stumps 10:12,14
    29:11
subset 9:7
substantive
    33:11,18
successfully
    11:7 16:8
Sunday 3:13
super 22:18
sure 6:15 8:16
    15:18 23:20
    24:10 29:7
surprise 21:16
sworn 5:2,8 41:9

T
T 3:5,5 41:1,1
take 26:10 30:11
    32:2 36:13
taken 1:16 4:2
    6:22 9:9 19:6
    34:23 41:12
talk 6:10,13
    31:21
talking 28:1
    29:8
TECHNICIAN

    4:6 5:1 19:3,7
    23:6,11 34:20
    34:24 39:9
tell 6:18 12:22
    24:4
telling 26:13
tend 13:1
tented 8:2
term 29:6
testified 5:8
    30:24
testify 34:9 41:9
testifying 21:24
    39:2
testimony 4:2
    10:1 29:14
    34:3 41:16
thank 6:1 10:17
    10:17 19:1,9
    19:10 35:2,3
    38:17 39:4,6,7
Thanks 19:12
the-record-dis...
    23:9
thereon 40:18
thighs 13:3
thin 29:10
thing 10:19
    16:12 24:1
    29:17
things 10:12
    19:16 29:16
think 6:20 11:6
    24:24 30:4
    32:1 33:6
Thomas 5:13
thought 15:3
    16:5,6,11 17:1
    17:20 18:11
    25:17 38:2
three 19:25 20:5
    20:10,11
throwing 29:6
time 4:6,16 6:20
    7:3 19:4,8,10
    19:11 23:7,12

    24:21 33:11
    34:21,25 35:2
    39:10 40:20
    41:12
times 33:2
to-wit 4:2
toboggan 32:3,5
    32:23
today 19:10 34:7
Today's 4:15
told 12:15 22:15
    25:7
Tom 1:12,15 3:2
    4:7 5:6,13
    23:20,25 40:14
    40:25
topography
    18:7
tough 7:7
track 9:16 10:2
    10:6,24 11:2,5
    11:8,11,19
    13:10,13 14:13
    14:16,20 15:1
    15:3,6,9,15,21
    16:1,12,17
    17:7,21 18:4,7
    18:8,12 20:3
    24:5,7,15,16
    26:15 27:2,12
    28:9,15 29:15
    29:17 30:1,11
    30:14,15 36:1
    36:21,24,24
    37:12,17 38:3
    38:12,15
transcribed
    41:14
transcript 40:19
transition 11:2
transitioned
    14:19 15:21
transpired
    14:22
traverse 16:18
traversing 8:17

    9:5,15
tree 27:6 29:11
trees 10:11,15
    22:5
trial 34:7
tried 17:19,20
trip 18:18 29:12
trouble 16:23,24
true 40:19 41:16
truth 41:10,10
    41:11
trying 15:25
    16:5,11 17:20
    32:4 38:2,11
turned 24:8
turning 31:4
two 27:7 33:6
    36:11 38:20
type 10:19
typewriting
    41:15
typewritten
    40:16

U
Uh-huh 8:13
    9:12 20:15
    21:10
uncharacteris...
    16:9
unclear 24:2
    29:2,4
unconscious
    24:20
understand 6:2
    9:25
ungroomed 8:19
    15:11 22:3
United 1:1 4:10
Unmarked
    35:19,22
unplowed 15:11
    15:11
unskied 15:12
    16:18 18:17
uphill 11:23

| | | | | |
|---|---|---|---|---|
| 12:9 24:9 37:18<br>**upward** 39:8<br>**use** 15:1,3<br><br>———— **V** ————<br>**vague** 25:3 26:25 30:3<br>**vaguest** 28:25<br>**versus** 4:8<br>**video** 4:6,7,12 5:1 19:3,7 23:6 23:11 34:20,24 39:9<br>**videographer** 4:19<br>**videotaped** 1:11 1:14 39:13<br>**videotaping** 34:6<br>**view** 37:16<br>**vs** 1:7<br><br>———— **W** ————<br>**wait** 29:25<br>**waiting** 9:6 11:25<br>**Walas** 2:4,5 3:4 4:22,22 13:17 19:14 20:19,21 20:23 21:5,25 22:10,22 23:4 23:13 25:4,5 26:1 27:10,16 30:6,19 33:13 33:17 34:18 35:1 36:6,15 38:20,22<br>**want** 6:10,12 11:13 19:15 29:7 30:16<br>**wanted** 15:19 16:7<br>**warning** 28:5<br>**wasn't** 27:11 28:17 31:4 | **way** 13:1 26:23 30:23<br>**we're** 19:3,7 23:6,11 29:7 34:6,20,24 36:4<br>**we've** 33:10<br>**went** 8:22 22:8 32:6 38:7<br>**whatnot** 22:5<br>**WHEREOF** 41:19<br>**Whoa** 16:10<br>**wide** 8:20 16:21<br>**wife** 12:15<br>**Wilson** 5:13<br>**witness** 3:11 5:1 5:7 6:6 13:19 13:21 19:12 21:4 22:2 23:15,17 27:1 27:11 30:4,7 33:5,14 35:3 36:14,16 41:8 41:17,19<br>**witnessed** 7:23 9:1<br>**wmorris@cro...** 2:14<br>**word** 23:21<br>**words** 11:4 31:25<br>**work** 5:18<br>**wouldn't** 21:16<br>**wreck** 6:6,11,12 7:24 9:1,23 11:4 18:2,20 20:3,8 31:21<br>**wrecked** 26:22<br><br>———— **X** ————<br>**X** 3:1,5<br><br>———— **Y** ————<br>**yeah** 7:4 8:6,9 9:15 10:10 | 11:6 12:5 15:10 19:2 20:7,12 21:7 22:18,18 29:4 29:23 31:2 33:14<br>**years** 7:5<br>**Yep** 9:19 19:24 20:1,20<br>**younger** 17:4,6 17:6<br><br>———— **Z** ————<br><br>———— **0** ————<br>**04** 41:25<br><br>———— **1** ————<br>**1** 20:17<br>**1:34** 1:19 4:16<br>**1:50** 19:4<br>**1:51** 19:8<br>**1:55** 23:7<br>**1:56** 23:12<br>**10** 17:23 18:1<br>**10:00** 7:18<br>**10969** 2:12<br>**11** 3:7 6:3,19 35:9,22<br>**11th** 30:20<br>**12** 17:7<br>**12/11/15** 3:12<br>**13** 3:7,13<br>**13-14** 3:6,7<br>**18-CV-00002-...** 1:7 4:10<br>**19** 3:4,6,6,7 35:15,16 38:23<br>**19-20** 3:7<br>**1915** 1:17 2:12 4:13<br>**19th** 1:18 2:12 4:13<br><br>———— **2** ————<br>**2:10** 34:21,25 | **2:15** 39:10,14<br>**20-21** 3:10<br>**2015** 3:13 6:3,19 35:9,22<br>**2020** 1:19 4:15 40:22 41:21<br>**2023** 41:25<br>**21st** 1:18 4:15<br>**22-23** 3:12<br>**24** 3:6 8:12,15 8:25 13:7 14:20 19:19 27:22<br>**246-1067** 2:7<br>**25** 3:7 9:11,14 9:21 10:3,6,24 13:7 14:20 19:24 20:6 27:22<br>**25-26** 3:13<br>**27** 3:6,7<br>**29** 3:7 11:16,20 13:11<br><br>———— **3** ————<br>**30** 6:21<br>**305** 5:16<br>**35** 3:3,6<br>**36-37** 3:14,15<br>**38** 3:4,6<br><br>———— **4** ————<br>**40** 7:15<br>**40-** 40:16<br>**406** 2:14<br>**4591** 2:5<br><br>———— **5** ————<br>**5** 3:3<br>**501** 2:7<br>**556-1430** 2:14<br>**58** 7:4 17:6<br>**59718** 1:18<br>**59719-0969** 2:13<br>**59772** 2:6 | ———— **6** ————<br>**65** 3:10 20:22,23 20:24 21:2<br>**66** 3:11 22:23,24 23:2,14<br>**67** 3:13 25:24 26:3,10<br>**68** 3:14 36:4,8 36:12,15,19 37:7,10,13,16 37:22 38:1<br>**69** 3:15 36:8,12 36:19 37:1,7,9 37:19,22 38:1<br><br>———— **7** ————<br><br>———— **8** ————<br>**8** 3:6<br><br>———— **9** ————<br>**9-10** 3:7 |