UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>　　　　Defendant. | CV-18-2-BU-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 8th day of March, 2021.

　　　　　　　　　　　　　　Honorable Brian Morris
　　　　　　　　　　　　　　United States District Judge