IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>Defendant. | CV 18-2-BU-BMM<br><br><br>ORDER |

Upon Plaintiff's Motion to File Depositions Under Seal, (Doc. 252), **IT IS HEREBY ORDERED** that depositions of Trevor Lowell, Dawn Dizney, and Ron Meyer be filed under seal.

DATED this 9th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court