
EXHIBIT 3