

## PATROLLER COMMENTS

Please write as much as needed
Please fill in all spaces, if something doesn't apply indicate N/A

**INJURED'S NAME: John Meyer**                              **AI #: 4451**
**TRAIL NAME: Lower Highway**
**SPECIFIC LOCATION OF INCIDENT: Below Loop Road**

**RESORT: Big Sky**                        **INCIDENT DATE:    12/11/15**
**TIME OF INCIDENT :    10:51    AM**

**YOUR DESCRIPTION OF CONDITIONS FROM TOP OF TRAIL, AND AT SCENE** (surface, visibility, skier density, etc.):   **12-16" uncompacted snow where patient landed, log at patient's head, clear visibility**

**WHAT DID YOU DO?** (Where you came from, what did you see/hear on your way and when you arrived at the incident area, what was said by patient and bystanders, medical treatments in brief words only): **Arrived by snowmobile from Bozeman trail. Found several ski patrollers at patient's side and head, oxygen equipment being assembled, patroller holding c-spine stabilization, a man standing near scene told me he saw patient summersault and land on his head and back.  He gave me his business card and offered to go to the first aid room.  I assumed IC, and communicated travel plan.**

**WHAT DID YOU OBSERVE AT THE SCENE?** (Include description of scene, condition of injured, obstacles, other persons present, etc.): **patient was unresponsive, breathing on his own with snoring respirations.  I attempted to insert oral airway but pt. was chenched, could not get his teeth apart.  Patient's head was near a log and he was lying in soft snow.  Two bystanders on scene, a male who witnessed the incident and a woman who I did not speak with.**

**SIGNS POSTED FROM THE TOP OF THE RUN TO THE INCIDENT LOCATION --**
WHAT/WHERE? (Permanent & moveable): **I do not know what direction the pt. came from.**

EXHIBIT 77 - 1

BIG SKY 1

BS-AI  1

**DID ANYONE MAKE COMMENTS TO YOU CONCERNING THE INCIDENT?** (Indicate who, and describe comments): **The male bystander told me he saw the accident, said he thought the pt had broken his neck, and offered to go to the first aid room to offer more information.**

**ADDITIONAL COMMENTS: none**

Steve Emerson
Fri Dec 11 2015 16:11:11

**SIGNATURE OF INDIVIDUAL COMPLETING REPORT**
**DATE: 12/11/15**
**PRINT NAME: steve emerson**
MG03 - 11/06

EXHIBIT 77 - 2

BIG SKY 2

BS-AI  2



## PATROLLER COMMENTS

Please write as much as needed
Please fill in all spaces, if something doesn't apply indicate N/A

**INJURED'S NAME:**    John Meyer           **AI #:4451**
**TRAIL NAME:**       Bermuda Triangle
**SPECIFIC LOCATION OF INCIDENT: Below loop road at the base of highway**

**RESORT:  Big Sky**           **INCIDENT DATE:**    12/11/15
**TIME OF INCIDENT :**      10:51      **AM**

**YOUR DESCRIPTION OF CONDITIONS FROM TOP OF TRAIL, AND AT SCENE-**Variable snow, low skier traffic, partly cloudy snow surface un consolidated at patient point of rest.

**WHAT DID YOU DO?-** I Skied down from the bottom of the dead top area and was waved over by skiers on the loop road. There was a crowd of  around 6 skiers just above from the patient. No comments from bystanders on scene. Extricated patient, administered oxygen at 15 lpm via bag valve mask and non rebreather, backboard, c-collar. Unable to insert oral airway on scene due to patient's teeth being clinched.

**WHAT DID YOU OBSERVE AT THE SCENE?-** Patient was supine with snoring respirations breathing through nose only patient was laying with back on a log.

**SIGNS POSTED FROM THE TOP OF THE RUN TO THE INCIDENT LOCATION –** Trail rating posted at the top of highway ski run.

**DID ANYONE MAKE COMMENTS TO YOU CONCERNING THE INCIDENT-**None

EXHIBIT 77 - 3

BIG SKY 3

BS-AI  3

**SIGNATURE OF INDIVIDUAL COMPLETING REPORT**

Ryan Hygon
Fri Dec 11 2015 15:11:11

EXHIBIT 77 - 4

BIG SKY 4

BS-AI  4

# BSSP Photo Log



A.I. #    AI# 4451

Incident Date:12-11-2015

Incident Time:    10:51 AM

Guest Involved :  John Meyer

Photographer :   Ryan Hygon

Incident Location :  Bermuda triangle below loop road at the base of highway

Photography Date:  12/11/15

Photography Time:  12:32

Type of Camera:  Olympus TG-850

Any changes to scene since incident?

Point of rest disturbed by patrollers packaging patient on scene

Photographer's Signature

Ryan Hygon
Fri Dec 11 2015 15:12:52

EXHIBIT 77 - 5

BIG SKY 5

BS-AI  5

Photos and Description: see below

Photo 1: View from bottom of highway looking down on the loop road



Photo 2: Looking down from loop road to point of rest at log left of center



EXHIBIT 77 - 6

BIG SKY 6

BS-AI  6

Photo 3: Side view of slope below loop road



Photo 4: Patients point of rest on log center of frame.



EXHIBIT 77 - 7

BIG SKY 7

BS-AI  7

***BIG SKY RESORT INCIDENT REPORT*** AI #: 4451

INCIDENT ID #: 4451   DATE: 2/1/16

NAME: John Meyers   INCIDENT TIME: 1:65

ADDRESS: VA

CITY: Missoula

STATE: MT   ZIP: VA

PHONE #: (406) 546-0149   AGE: 35   DOB: VA

OCCUPATION: Lawyer   (m)11   HT: 6'   WT: VA

DESCRIPTION OF INCIDENT (Skier's words):
(While earth boundaries)
Employee

☐ I REFUSE ASSESSMENT & EVALUATION
☐ I REFUSE EMERGENCY TREATMENT
☐ I REFUSE AN AMBULANCE
☐ I have been informed of the risks of refusing any of the above

THE ABOVE STATEMENTS ARE TRUE AND CORRECT.

SIGNATURE: VA

PARENT/GUARDIAN: NA

---

UA= Unavailable

SKIING ABILITY: UA
BEGINNER   INTERMEDIATE   ADVANCED

IN LESSON NOW YES / NO / INSTRUCTOR

HOW MANY TIMES ON TRAIL ☐ / LIFT ☐ UA

TODAY: UA   & PRIOR: UA

HELMET WORN: YES ☐ / NO / OWNED ☐ RENTED ☐

RENTAL #   RENTAL SHOP

EQUIPMENT: ALPINE ☐ SNOWBOARD ☐ TELEMARK ☐
OTHER
RENTED ☐   BORROWED ☐ / OWNED /

IF RENTED: NA
SHOP NAME: NA

SKI/BOARD #: NA   BOOT #: NA

BINDING MAKE MODEL: NA

DIN LEFT TOE: NA   RIGHT TOE: NA

LEFT HEEL: NA   RIGHT HEEL: NA

LOCATION: PREMISE ☐ ON-HILL / TUBING ☐ LIFT ☐

DESCRIBE SPECIFIC LOCATION: Bermuda Triangle

PATROLLER'S NAME: Ryan Hyson

PATROLLER'S SIGNATURE: Ryan Hyson

EXHIBIT 77 - 8
BIG SKY 8
BS-AI  8

**PATIENT'S CHIEF COMPLAINTS:** Unconscious

**PERTINENT HISTORY** UA     **YEAR:** UA

**CORRECTIVE LENSES/GLASSES NEEDED** YES ☐ NO ☐ UA
**WORN** YES ☐ NO ☐ UA

**MEDICATIONS** UA

**RECENT KNOWN ALLERGIES (INCLUDING MEDICATIONS):** UA

**MEDICAL INSURANCE** YES ☒ / NO ☐

**NAME OF INSURANCE** UA

**TICKET TYPE:** DAY ☒ / AMOUNT OF DAYS ____ SEASONPASS ☐

**TICKET #:** UA

**FIRST AID RENDERED ON HILL:** Maintained airway
Rapid trauma assessment Backboard c-collar
02. 15 LPM minute BVM. Extricate from point of
rest to backboard.

**AT FIRST AID ROOM: NAME, TREATMENT:** Steve Enerson/BSF
Airway Management Pupils cal Exams summit
Mon BP, Control bleeding left ear C spine Air
transfer of care

**WITNESS STATEMENT:** YES ☐ / NO ☐ X2

---

**PATROLLERS AT SCENE** (names): 1051

**ON SCENE TIME:** 1061     **VITALS TIME:** 1054

Pulse: ✓     Respiration: 1104     **GCS:** 3

**TRANSPORTING NAME:** 1104     **TIME** 1051

**AT FIRST AID ROOM:** TIME 1114

**LEFT F.A.R.:** TIME: 1157

**ARRIVED AT F.A.R. BY** PATROL/TOBOGGAN ☒
WALK IN ☐ | OTHER ☐

**LEFT F.A.R. BY** AMBULANCE ☐ | CAR/BUS ☐ | AIR ✓
WALK OUT ☐ | SKI/PATROL ASSISTANCE ☐

**DESTINATION:** HOME ☐ | LODGE ☐ | HILL ☐
MEDICAL CLINIC ☐ | BDH ☐
UNKNOWN ☐ x Billings Hospital

**SURFACE AT SCENE:** POWDER ☐ | CORN ☐ | PACKED ☐
GROOMED ☐ | WET ☐ | ICE ☐ | GRANULAR ☐ | VARIABLE ☒
OTHER ☐

**VISIBILITY:** CLEAR ✓ | SNOWING ☐ | OVERCAST ☐ | FOG ☐
RAIN ☐ | SNOW MAKING NEAR AREA ☐ | OTHER ☐

**TEMPERATURE:** BELOW 0 ☐ | 0-32 ✓ | ABOVE 32 ☐

**WIND:** CALM ✓ | MODERATE ☐ | HIGH ☐

EXHIBIT 77 - 9
BIG SKY 9
BS-AI 9



Highway

Patient direction of travel

Photo 1

Photo 3

17' 3"

44'10"

Patient point of rest

Loop Road

Log

Photo 4

AI # 4451 John Meyer
12-11-2015
Bermuda Triangle
Graphic: Ryan Hygon

EXHIBIT 77 - 10

BIG SKY 10

BS-AI  10

# BIG SKY Grooming Report

Date: 12/11/15

| SWING |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

| Ramcharger | |
|---|---|
| 31 | Hangman's |
| 32 | Lower Africa |
| 33 | Pacifier | ✓ |
| 35 | Ambush |
| 36 | Ambush Meadows |
| 37 | Tippy's Tumble | ✓ |
| 38 | Silver Knife |
| 39 | Safari |
| 40 | Old Tippy's |
| 44 | Low Dog |
| 20 | Bear Back |

| Thunder Wolf | |
|---|---|
| 46 | Elk Park Ridge |
| 48 | Big Horn |
| 53 | Elk Park Meadows |
| 54 | Madison Avenue |

| Southern Comfort | |
|---|---|
| 61 | El Dorado |
| 62 | Sacajawea |
| 63 | Deep South |
| 64 | Ponderosa |
| 65 | Little Ewe |
| 66 | Big Horn Cutoff |
| | Yellow Brick Road |

| Lone Moose | |
|---|---|
| 182 | Little Calf |
| 186 | Little Doggie |
| 188 | To Southern Comfort |
| 189 | Lone Moose Access |

| Cascade | |
|---|---|
| 201 | Middle Rider |
| 202 | Little Thunder |
| 203 | Plenty Coups |
| 167 | Saddle Ridge Access |

| CAT RIDES |
|---|
| |
| |
| |
| |

| Swifty | | |
|---|---|---|
| 1 | Mr. K | ✓ |
| 3 | Crazy Horse | |
| 4 | Calamity Jane | |
| | Lower Calamity Jane | |
| 5 | Lobo | |
| 7 | Chuck's Run | |
| 8 | Huntley Hollow | |
| 9 | Marmot Meadows | |
| 10 | Jay Walk | ✓ |
| 11 | Lower Bone Crusher | |
| 13 | Lobo Meadows | |
| 14 | Rice Bowl Road | |
| 18 | Lower Area Carpets | ✓ |
| 19 | New Base Carpet | |
| | Lower Mr K - Adrians | ✓ |
| 25 | Mr Ed | ✓ |

| Explorer | |
|---|---|
| 26 | Lone Wolf |
| 27 | White Wing |
| 28 | White Fang |
| 29 | Chet's Knob |

| Challenger | | |
|---|---|---|
| 88 | Bozeman Trail | |
| 165 | Blue Moon | |
| 166 | Fast Lane | ✓ |
| 12 | BRT Road | |
| 2 | Lower Morning Star | |
| 17 | Black & Blue | |
| 21 | Loop Road | |

| White Otter | |
|---|---|
| 176 | Powder Ridge Access |
| 177 | White Otter Access |
| 179 | Rosebud Access |
| 180 | Rising Bull Access |

| GRAVE |
|---|
| |
| |
| |
| |
| |
| |

| Triple chair & Tram | |
|---|---|
| 102 | Upper Morning Star |
| | Gunmount |

| Shedhorn & Dakota | | |
|---|---|---|
| 122 | Middle Road | ✓ |
| 136 | Duck Walk | |
| 137 | Sunlight | |
| | Upper Sunlight | |
| | Mule Skinner | |
| 146 | Cow Flats | |
| 147 | Hippy Highway | |
| | Larkspur | |
| | Upper Larkspur | |
| | Jockstrap | |
| | Cardio Trio (Dak. L.L.) | |

| Spirit Mountain | |
|---|---|
| | Lucky Pierre |
| | Six Shooter |
| | Sugar 'N Spice |
| | Double D |
| | Puffy's Path |
| | Chuckles |
| | The Judge |
| | Spry Guy |
| | Rudy |
| | Badger |
| | Wolf Run |

| Terrain Parks |
|---|
| Swifty Terrain Park |
| Swifty 2.0 Park |
| Ambush Park |
| Explorer Park |
| Zero Gravity |
| Bad Dog |
| Pony |
| Cupajoe |

| Pony Express/ Iron Horse | |
|---|---|
| Pony Express/ Parking Area | ✓ |
| Powder River/ Access Rd | ✓ |
| Twin Tunnel | |
| Riffle (groom half run only) | |
| Moonlight Lodge | |
| Diamond Hitch | |

| Cowboy Heaven | |
|---|---|
| Bootlegger | |
| Dover | |
| Smithy | |
| Gambler | |

| Derringer Lift | |
|---|---|
| Cupajo | ✓ |
| Glacier Way | |
| Springville | |
| Stage Fright | |
| Yaak (groom half run only) | |

| Six Shooter Lift | |
|---|---|
| Stillwater Traverse | ✓ |
| Cinnabar | |
| Lazy Jack | ✓ |
| Natawista | ✓ |
| Wagon Train | |
| Runaway/ Park Ave | |
| Elkhorn | ✓ |
| Meriwether | ✓ |
| Lone Creek | ✓ |

| Lone Tree Lift | |
|---|---|
| Horseshoe | ✓ |
| Trembler | |
| Lookout Ridge | |
| Ice House | |

EXHIBIT 77 - 11

BIG SKY 11

BS-AI  11

# THE BIGGEST SKIING IN AMERICA

LIVE *Big*

BIG SKY MONTANA

BIG SKY RESORT GROOMED TRAIL REPORT FOR: FRIDAY, DECEMBER 11, 2015

**✗** =Closed  **✓** =Open  **S** =Groomed 4p-12a  **G** =Groomed 12a-9a



| RAMCHARGER TRAILS | STATUS |
|---|---|
| Hangman's | ● |
| Lower Africa | ✗ |
| Pacifier | ● |
| Ambush | ✗ |
| Ambush Meadows | ✗ |
| Tippy's Tumble | S |
| Skier Knife | ✓ |
| Safari | ✓ |
| Old Tippy's | ✓ |
| Low Dog | ✓ |
| Bear Back | ✗ |

| THUNDER WOLF TRAILS | |
|---|---|
| Elk Park Ridge | S |
| Big Horn | ✓ |
| Elk Park Meadows | ✓ |
| Madison Avenue | ✓ |

| SOUTHERN COMFORT TRAILS | |
|---|---|
| El Dorado | ✗ |
| Babajawea | ✗ |
| Deep South | ✗ |
| Ponderosa | ✗ |
| Little Ewe | ✗ |
| Big Horn Cutoff | G |

| SWIFT CURRENT TRAILS | |
|---|---|
| Mr. K | G |
| Crazy Horse | ✓ |
| Calamity Jane | ✓ |
| Lower Calamity Jane | ✓ |
| Lobo | ✓ |
| Chuck's Run | ✓ |
| Huntley Hollow | ✓ |
| Marmot Meadows | ✓ |
| Ambush Walk | ✓ |
| Lower Bone Crusher | G |
| Lobo Meadows | ✓ |
| Pitchfork/Fries Road | G |
| Lower Area Carpets | G |
| New Base Carpet | G |
| Lower Mr. K | G |
| Mt. Ed | G |

| LONE MOOSE TRAILS | |
|---|---|
| Little Calf | ✗ |
| Little Dogie | ✗ |
| To Southern Comfort | ✗ |
| Lone Moose Access | ✗ |

| WHITE OTTER TRAILS | STATUS |
|---|---|
| Powder Ridge Access | ✗ |
| White Otter Access | ✗ |
| Rosebud Access | ✗ |
| Rising Bull Access | ✗ |

| TRIPLE CHAIR AND TRAM TRAILS | |
|---|---|
| Upper Morning Star | ✓ |
| Gunmount | ✓ |

| SHEDHORN & DAKOTA TRAILS | |
|---|---|
| Middle Road | ✗ |
| Duck Walk | ✗ |
| Upper Sunlight | ✗ |
| Mule Skinner | ✗ |
| Cow Flats | ✗ |
| Hippy Highway | ✗ |
| Larkspur | ✗ |
| Upper Larkspur | ✗ |
| Jockstrap | ✗ |
| Dakota Trio (Dakota Lift Line) | ✗ |
| Badlands | ✗ |

| CASCADE TRAILS | |
|---|---|
| Middle Road | ✓ |
| Little Thunder | ✓ |
| Plenty Coups | ✓ |
| Saddle Ridge Access | ✗ |

| EXPLORER TRAILS | |
|---|---|
| Lift Trail | ✓ |
| Wild Wing | ✓ |
| White Wing | ✓ |
| White Fang | ✓ |

| CROSS CUT TRAILS | |
|---|---|
| Lower Morning Star | G |
| Lift Line | G |
| Raccoon | ✓ |
| First Light | ✓ |
| Open Trio | ✓ |
| Black & Blue | G |
| Loop Road | ✓ |

| PONY EXP & IRON HORSE TRAILS | STATUS |
|---|---|
| Pony Express Parking Area | ● |
| Powder River Access Rd | ✗ |
| Iron Tunnels | ✗ |
| Riffle | ✗ |
| Moonlight Lodge | ✗ |
| Diamond Hitch | ✗ |

| COWBOY HEAVEN TRAILS | |
|---|---|
| Bootlegger | ✗ |
| Dover | ✗ |
| Smithy | ✗ |
| Gambler | ✗ |

| DERRINGER LIFT TRAILS | |
|---|---|
| Cusap | G |
| Glacier Way | ✗ |
| Springville | ✗ |
| Stage Fright | ✗ |
| Yaak | ✗ |

| SIX SHOOTER LIFT TRAILS | |
|---|---|
| Stillwater Traverse | G |
| Cinnabar | G |
| Lazy Jack | G |
| Natawista | ✗ |
| Wagon Train | ✗ |
| Runaway/Park Avenue | ✗ |
| Elkhorn | G |
| Meriwether | G |
| Lone Creek | ✗ |

| LONE TREE LIFT TRAILS | |
|---|---|
| Horseshoe | ✗ |
| Tremor | ✗ |
| Lookout Ridge | ✗ |
| Ice House | ✗ |

| SPIRIT MOUNTAIN TRAILS | |
|---|---|
| Lucky Pierre | G |
| Six Shooter | ✗ |
| Sugar 'N Spice | ✗ |
| Double D | ✗ |
| Puffy's Path | ✗ |
| Chuckles | ✗ |
| The Judge | ✗ |
| Spry Guy | ✗ |
| Rudy | ✗ |

| LIFTS | **✓** =Open |
|---|---|
| Lone Peak Tram | |
| Six Shooter | ✓ |
| Swift Current | ✓ |
| Thunderwolf | ✓ |
| Southern Comfort | ✗ |
| Ramcharger | ✓ |
| Lewis & Clark | ✗ |
| Iron Horse | ✗ |
| Lone Tree | ✓ |
| Derringer | ✓ |
| Lone Peak Triple | ✗ |
| Lone Moose | ✗ |
| Dakota | ✗ |
| Pony Express | ✗ |
| Cascade | ✓ |
| Sacajawea | ✗ |
| Shedhorn | ✗ |
| Challenger | ✗ |
| Headwaters | ✗ |
| Explorer | ✓ |
| White Otter | ✗ |
| Little Thunder | ✗ |

**BIG SKY CONDITIONS REPORT**

**Weather Conditions:**
Winds: Light @ 5-15 mph from the Southwest
Expected High: 20° F

**Snow Depths:**
Snow Overnight: 1"
Past 48 hrs: 4"
Mid-Mtn Base: 24"
Upper Mtn Base: 35"

Scheduled Lifts and Trail Status
Lifts Open: 10 and 6 surface Lifts
Trails Open: 25%
Acreage Open: 1472

Surface Conditions: Powder and
Packed Powder

Madison Base Area Now Open
Ski Moonlight Today!

**FOR ON-MOUNTAIN EMERGENCIES**
CALL SKI PATROL AT 406-995-5880

EXHIBIT 77 - 12
BIG SKY - 12

BS-AI 12

Responded from the Fort as Casey Heerdt grabbed a backboard toboggan. I arrived on scene and got an initial report on the patients status. At this point we discussed the patients Airway and his GCS. At this point I made a radio transmission stating the patient had a GCS of 3 and I want Summit Air to respond. I proceeded to take C-spine precautions as the tobboggan, Red bag, O2, snowmobile etc. arrived with more patrollers I noticed Cerebro spinal fluid being discharged from his Left ear, and an abrasion behind/below his Left ear. We got a C-collar on him and at this point Danny Skilling and I looked in his eyes w/ a pen light identifying a non-reactive Left pupl. Several attempts were made to insert oral airways and a King airway but the attempts failed as his teeth were clenched. Steve Emerson had radio comms and the rest of him continued the backboard and one of us did gau rescue breaths with a BVM. The patient was in an awkward position so it took many hands. We got him immobilized on a rigid spine board and Transported (Jason Vanderweit in the horns and Steve emerson driving the snowmobile) to FAR and had a transfer of care to BigSky Fire and Summit air. Additionally on scene several attempts at sternal

EXHIBIT 77 - 13

BIG SKY 13

BS-AI  13

rubs and verbal stimulation got very little response.

Robert Wood
12/12/2015

EXHIBIT 77 - 14

BIG SKY 14

BS-AI  14

AI # 4451

- ON Dec 11th around 10:50am I was at the fort returning from route and heard Ryan Hygans call in a unconscious patient. I responded by grabbing the fort backboard. Upon arriving on scene I unpacked the toboggan and got the necessary equipment out for backboarding. Ros Ward was on c-spine while Hygans was trying to maintain airway. I proceded to begin backboarding while helping with suction. Once pt was backboarded I followed toboggan with suction which we did 1 time while in transport. Upon arriving in FA I assisted with BSP in getting airway and whatever else was needed. When sheriff out arrived on scene I left the trauma room so there was space for flight medics.

12-12-15

_[signature]_

EXHIBIT 77 - 15

BIG SKY 15

BS-AI  15

On December 11th, 2015 I was assigned to be Challenger backup that morning for the avalanche mitigation routs out on this area of the resort.  Once all routs were down safe, I left the Challenger posting station at 10:05am to head to Andesite for the rest of the day.  I did a run check on Highway when I made my way off Challenger.  The snow conditions on this run consisted with a hard layer with an inch or two of new snow on top from the snow storm the previse day. There were visible rocks and small trees on this run.  The weather was very calm and the skies were clear, making the visibility clear.  Once at the end of Highway, I made my way to Lower Morning Star.  Being that the visibility was clear, there was no issue seeing the transition from Highway to Lower Morning Star via the Loop Road.


Amanda M Cox

December 11, 2015

EXHIBIT 77 - 16

BIG SKY 16

BS-AI  16

I was dispatched from the bowl shack to the Bermuda triangle for a patient who was unconscious and unresponsive. It was requested that I bring the red bag. Upon arrival I noticed numerous patrollers already attending to the patient. I scanned the scene and looked for things that I could do to assist in the scene. I began by opening the red bag and preparing a king airway. After that I moved ski gear that was scattered about the scene. I then helped place the patient on the backboard. After that I clicked into my skis to prepare for transport. The patient was loaded quickly into the toboggan and we began the transport (with assist from a snowmobile) to the first aid room. The following day I revisited the scene at 8:30am and the conditions appeared to be similar to the conditions at the time of the incident.

Jason Vander Weit
Sat Dec 12 2015 16:59:25

EXHIBIT 77 - 17

BIG SKY 17

BS-AI  17

Sunday, December 13, 2015 10:15 am

I just got a call from Tom McMakin, the witness who saw John Meyer's fall. He told me that he hit the rocks below the loop road – since that was not completely clear from his statement - and  that these rocks tore off his skis and he flipped about 8 feet into the air and then landed on the log.

He said he has no more information than that but that we could call him anytime if we need to.

His phone number (noted also on his witness statement) is: 406-570-5929

Evi Dixon

Evi Dixon
Sun Dec 13 2015 10:26:45

EXHIBIT 77 - 18

BIG SKY 18

BS-AI  18

| | |
|---|---|
| ID | 996 |
| EMS ID # | 4451 |
| Incident  Date | 12/11/2015 |
| Current Time | 2:21 |
| Patient's Last Name | Meyer |
| Patient's First Name | John |
| Age | 35 |
| Sex | Male |
| State | Mt |
| Height | 6' |
| Weight | Unknown |
| Run Name | Bermuda Triangle |
| Location on Run | Middle |
| EMS Responce | BSSP |
| Incident Time | 10:51 |
| Dispatch Time | 10:51 |
| On Scene Time | 10:51 |
| Transport Time | 11:09 |
| FA Arrival Time | 11:14 |
| ALS on Scene Time | 10:54 |
| Departure Time | 11:57 |
| Departure Mode | Life Flight |
| Destination | |
| Chief Complaint | Unconcious Unresponsive |
| Injury Zone | Abdomen, Back, Chest, Head, Neck |
| Mechanism | Collision |
| Loss of Conciousness? | TRUE |
| Wearing Helmet? | FALSE |
| Motor Function Arms | Absent |
| Motor Funtion Legs | Absent |
| O2 Time Administered | 10:55 |
| O2 Rate | 15 |
| ive: On Scene Observations & Medica | Maintained Airway, Rapid trauma assessmentm extrication from location, assisted breathing with bag valve mask, backboard c-collar. |
| Medical Equipment Used | Airways, Back Board, Ccollar, O2, Toboggan |
| Patient's Equipment | |
| Surface | Variable |
| Visiblity | Clear |
| Temperature | 30 |
| Med Pro | none |
| Patrolers on Scene | Hygon, Wood, Skilling, Emerson, Balke |

EXHIBIT 77 - 19

BIG SKY 19

BS-AI  19

| | |
|---|---|
| Toboggan Driver | Vanderweit |
| Snowmobile Driver | Emerson |
| Patroler Completing Dbase | Hygon |
| Vitals Tme | 10:54 |
| Vitals Tme #2 | |
| Pulse | 60-80 |
| Pulse2 | 80-100 |
| Pulse Quality | Regular |
| Pulse Quality2 | |
| Respitory Effort | Shallow |
| Respitory Effort2 | Shallow |
| Respirations | <12 |
| Respirations2 | Normal 12 - 20 |
| Lung Sounds | |
| Lung Sounds2 | |
| SPO2 | |
| SPO2 (2) | 100 |
| Blood Sugar | |
| Blood Sugar2 | |
| Blood Pressure | |
| Blood Pressure2 | 148/92 |
| Body Temperature | |
| Body Temperature2 | |
| GCS | Motor Resp Ext to pain 2, None 1, None1 |
| GCS2 | Motor Resp Ext to pain 2, None 1, None1 |
| Pupils | |
| Pupils2 | |
| Neck Veins | |
| Neck Veins2 | |
| Skin Condition | |
| Skin Condition2 | |
| Distal Sensory | FALSE |
| Distal Sensory After | FALSE |
| Distal Pulse | FALSE |
| Distal Pulse After | FALSE |
| Distal Motor Function | FALSE |
| Distal Motor Function After | FALSE |
| Medication Time | |
| Medications | |
| Dose | |
| CPR | FALSE |
| CPR Intiaion | |
| Type AED Used | |
| Analysis Recomendation | |

EXHIBIT 77 - 20

BIG SKY 20

BS-AI  20

| | |
|---|---|
| First shock Time | |
| Shock # | |
| Airway Device | |
| Medical History | Unknown |
| Allergies | Unknown |
| Medications Dose & Time Last Taken | Unknown |
| Meds: | |
| Allergies (MED PRO) | |
| CC: | |
| HPI: (EMS Report) | |
| Past Medical History: | |
| Physical Exam: | |
| General Patient Description: | |
| Blood Presure | |
| Pulse: | |
| Respirations: | |
| O2 Sat | |
| GCS (MED PRO) | |
| HEENT: | |
| Neck: | |
| Back: | |
| Chest: | |
| Heart: | |
| Abdomen: | |
| Pelvis: | |
| Extremities: | |
| Neuro: | |
| 1st Aid Room Course: | |
| Online Medical  Control Contact | |
| Analysis | |
| Plan: DX | |
| Plan: RX | |
| Plan: PE | |
| Med Pro Name | |

EXHIBIT 77 - 21

BIG SKY 21

BS-AI  21

| ID# | 4451 |
|---|---|
| Today's Date | 12/11/2015 |
| Time | 10:51 |
| 1st Responder | Hygon |
| Location | below Morning star road |
| Nature of Injury | Unconcsious Patient |
| On Scene Time | 10:51 |
| Age | 35 |
| Gender | m |
| Mechanism | Mechanical Fall |
| Additional Responders | Wood, Skilling, Emmerson |
| Equipment | Backboard, O2 pack, Snowmobile, Toboggan |
| O2 rate | |
| O2 Size | |
| O2 Time | 10:55 |
| 1st Vitals Time | 10:54 |
| Pulse # 1 | yes |
| Respirations #1 | breathing |
| Mental Status #1 | GCS 3 |
| BP #1 | |
| 2nd Vitals Time | |
| Pulse # 2 | |
| Respirations # 2 | |
| Mental Status #2 | |
| BP #2 | |
| Med Pro | |
| Ambulance/Time transfered | 1051/summit air 1051/1124 summit arrived/ 11:57 Summit take off with patient |
| Transport Time | 11:09 |
| Refusal | FALSE |
| Arrival Time FA | 11:14 |

EXHIBIT 77 - 22

BIG SKY 22

BS-AI  22

# Big Sky Ski Patrol Witness Statement

Date of incident: 12-11-15     Time of incident: 10:45

Location of incident: Over Mr. K's Morning Star     Incident ID #: 4451

Witness Name: Amanda Eggert     Home phone # 406-370-4936

Permanent address: 37315 Gallatin Rd     Date of Birth: 11-19-85

City/State: Gallatin Gateway     Zip Code: 59730

Relationship to the injured party: friend     Did you see incident occur? No

Proximity to the incident: 50 yards uphill

Any comments made by the injured at the scene: N/A

Any irregularities of the scene noted: goggles broken

Describe the trail/snow conditions at the scene: Rocks

EXHIBIT 77 - 23

BIG SKY 23

BS-AI  23

## BSSP WITNESS STATEMENT (CONT.)

Describe what you witnessed: Arrived after incident occurred.

Witness signature: Amanda Effert   Date & Time: 11:15am 12-11-15

Ski Patroller's Name (print): SCOTT PATCH

Ski Patroller's Signature: Scott P.L.   Date & Time: 12/11/15

Injured person: John Meyer

EXHIBIT 77 - 24

BIG SKY 24

BS-AI  24

# Big Sky Ski Patrol Witness Statement

Date of incident: 12/11/15   Time of incident: 1051

Location of incident: Barmud triangle   Incident ID #: 4451

Witness Name: Tom McMakin   Home phone #: 406-970-5929

Permanent address: 305 Evening Star   Date of Birth:

City/State: Bozeman MT   Zip Code: 59715

Relationship to the injured party: None   Did you see incident occur? Yes

Proximity to the incident: On the loop road

Any comments made by the injured at the scene: none

Any irregularities of the scene noted: Early Season Conditions

Describe the trail/snow conditions at the scene: loop road groomed
unconsolidated snow at
Point of rest

EXHIBIT 77 - 25

BIG SKY 25

BS-AI  25



## BSSP WITNESS STATEMENT (CONT.)

Describe what you witnessed: Tom was standing below the patient to his right. Patient came down from Highway and hit rocks as he was about to jump off of (loop road) morning star road. Both skis ejected and he rotated head first and landed on a log with the back of his head and neck. He was unconscious the entire time but was breathing. He did not move. Eyes did not ~~open~~ breathing through nose only –

Witness signature: _____ Date & Time: 12/11/15

Ski Patroller's Name (print): Bryce Griswold

Ski Patroller's Signature: _____ Date & Time: 12/11/15  1120

Injured person: John Meyer

EXHIBIT 77 - 26

BIG SKY 26

BS-AI  26