UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>               Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT,<br><br>               Defendant. | Case No. CV-18-02 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X**  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

In accordance with the Jury Verdict rendered on March 11, 2021, Document No. 267, Judgment is entered in favor of the Defendant and against the Plaintiff.

Dated this 22nd day of March, 2021.

                        TYLER P. GILMAN, CLERK

                        By: /s/ S. Redding
                              S. Redding, Deputy Clerk